Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>        *Plaintiffs,*<br><br>v. | **RESPONSE TO MILLCREEK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 2:23-cv-00407<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecelia M. Romero |

| | |
|---|---|
| KEVIN LONG; MILLCREEK COMMERCIAL, LLC; COLLIERS INTERNATIONAL; ANDREW BELL; TREVOR WEBER; SPENCER TAYLOR; BLAKE MCDOUGAL, SCOTT RUTHERFORD; EQUITY SUMMIT GROUP; ELEVATED 1031, <br><br>   *Defendants.* | |

 Plaintiffs hereby oppose the Motion for Extension of Time to Respond to Complaint, [ECF 35], filed by Defendants Kevin Long, Millcreek Commercial, LLC, Trevor Weber, and Spencer Taylor (Millcreek Defendants).

## Introduction

 Millcreek Defendants received the Complaint in this matter in June 2023. Thereafter, they received multiple extensions to respond to the Complaint (formal and informal). Most recently, on October 18th, Plaintiffs agreed to an extension until October 27. The basis on which they now request more time is they recently hired counsel, only days before their Answer was due and despite having already retained the same counsel in related cases.

 While Plaintiffs recognize that counsel for the Millcreek Defendants may not have been authorized to work on this particular case and find themselves in a time crunch as a result, the Millcreek Defendants themselves cannot claim any sort of surprise about the need to answer. Given that the Complaint largely

revolves around allegations that the Millcreek Defendants manipulated Plaintiffs into investing their retirement savings into a bogus deal, and given that Plaintiffs' retirement income has flatlined as a result, it is their position that the Millcreek Defendants should answer immediately—time is of the essence, and Plaintiffs have already agreed to lengthy extensions.

At bottom, the Millcreek Defendants were served with process 71 days ago. After taking a substantial extension, they waited until nearly the last moment to retain counsel. This is either a delay tactic or evidence that the Millcreek Defendants haven't acted with due diligence. Either way, they can't establish the good cause required for the Court to grant their relief.

## Relevant Facts

1. On June 21, 2023, Plaintiffs filed the Complaint in this matter. [ECF 1]

2. On June 23, 2023, General Counsel for Millcreek Defendants contacted Plaintiffs, indicating he was authorized to accept service of the Complaint, and requesting 45 days to file a response to the Complaint. June 23 Email, *attached at* Exhibit 1.

3. Plaintiffs agreed to Millcreek Defendants' request. June 28 Email, *attached at* Exhibit 2.

4. Having not received any further response from Millcreek Defendants, Plaintiffs contacted their General Counsel on August 10. August E-mail Chain, *attached at* Exhibit 3.

5. Over the following weeks, General Counsel refused to accept service of the Complaint without the benefit of a renewed 45-day extension, which Plaintiffs agreed to. *See* August E-mail Chain; *see also* Waivers of Service, ECF 24. In fact, Plaintiffs gave Millcreek Defendants **60 days from August 16, 2023**, to respond to the Complaint. [ECF 24]

6. On August 22, 2023, General Counsel indicated that Colliers International's insurance had approved Millcreek Defendants' demand for coverage. *See* August E-mail Chain.

7. Counsel for Defendant Colliers International filed appearances on September 6, 2023. [ECF 16, 18, 19]

8. The Court approved the stipulation to allow Colliers International to respond to the Complaint on or before October 20, 2022.

9. On October 17, 2023, Millcreek Defendants' current counsel contacted Plaintiffs, requesting an extension to file their response to the Complaint on November 10, 2023. *See* October 17 E-mail Chain, *attached at* Exhibit 4 (omitting attachments).

10. Plaintiffs agreed to an extension that would allow Millcreek Defendants to respond on October 27. *See* October 17 E-mail Chain.

11. Consistent with that agreement, Plaintiffs and Millcreek Defendants submitted a joint motion for Millcreek Defendants to respond to the Complaint on or before October 27. [ECF 27] The Court granted the motion. [ECF 33]

12. Plaintiffs agreed to the same October 27 deadline with Defendant Colliers International. *See* Colliers Extension E-mail Chain, *attached at* Exhibit 5.

13. Despite having agreed to the October 27 deadline, on October 23, Millcreek demanded another extension—allowing Plaintiffs 3 hours to respond to the demand. *See* October 23 E-mail, *attached at* Exhibit 6.

14. Plaintiffs' counsel is in trial from October 23 through October 30 in *Don Payne et al. v. Gary Burningham et al.*, case no. 200400320, 4th Dist. Utah, and was unable to respond to the demand on such a compressed timeline.

15. Defendant Millcreek, through its subsidiary Millrock Investment Fund 1 LLC, are involved in litigation related to the real property subject to Plaintiffs' claims in the above-captioned case. *Millrock Investment Fund 1 LLC v. Healthcare Solutions Management Group Inc. et al.*, case no. 2:23-cv-157-RJS-DAO.

16. The matter was filed on March 3, 2023, by the same counsel representing Millcreek Defendants. [*See* 23-cv-157, ECF 1]

## Discussion

Millcreek Defendants have had more than adequate time to respond to the Complaint. As shown by communications from their General Counsel, Millcreek Defendants have been coordinating their defense with co-defendant Colliers International since June. Moreover, Millcreek Defendants and their counsel have been engaged in related litigation since at least March; specifically, their lawsuit against Healthcare Solutions Management Group, Inc. Millcreek Defendants are very familiar with the allegations in Plaintiffs' Complaint, unless they have willfully disregarded them. In short, Millcreek Defendants have had sufficient time to investigate their defenses with counsel. The date of their most recent engagement with the Parr Brown law firm does not show good cause for additional delay; it suggests a lack of diligence.

Millcreek Defendants note that Plaintiffs have reached a different agreement with Defendants Andrew Bell and Blake McDougal regarding the deadline to respond to the Complaint. Unlike Millcreek Defendants and Colliers International, this was the first extension requested by Bell and McDougal. Millcreek Defendants should not benefit from the courtesy extended to Bell and

McDougal, where the record suggests that Millcreek Defendants failed to make diligent efforts to meet an already long-extended deadline.

Millcreek Defendants previously agreed to file their response to the Complaint on October 27, 2023. [ECF 27] The circumstances have not changed since that filing, and Millcreek Defendants should abide by the Court's prior order. [ECF 33]

## Conclusion

Millcreek Defendants' decision to formalize their engagement of counsel on the eve of their deadline to respond to the Complaint does not justify additional time to respond to the Complaint. The Court should deny the motion. Millcreek Defendants should respond to the Complaint on October 27, 2023.

Dated: October 26, 2023.

                                              DEISS LAW PC

                                              *s/ Andrew G. Deiss*
                                              Andrew G. Deiss
                                              Corey D. Riley
                                              Attorneys for Plaintiffs