2:23-cv-00407-HCN - Klair et al. v. Long et al.

John Keiter <john@keiterlaw.com>

Fri 6/23/2023 1:55 PM

To:deiss@deisslaw.com <deiss@deisslaw.com>;criley@deisslaw.com <criley@deisslaw.com>

Counsel:

I am Millcreek Commercial Properties' general counsel. My clients and I have been notified of the initiation of the above referenced matter filed in the Utah Federal District Court. I have been authorized to accept service for Defendants Kevin Long, Millcreek Commercial Properties, LLC, and Spencer Taylor; however, we request a 45-day window for a response to the complaint. Please let me know if this is agreeable.  I will also reach out to Colliers' local counsel to determine whether they are willing to waive service for the entity and its agents. I can put you in touch with their attorney upon receiving confirmation.

Best,

**John E. Keiter | Attorney**



1064 S North County Blvd. | Suite 350 | Pleasant Grove UT 84062 | P 385.248.0614 | C 801.633.0559 | F 801.776.1121