## Re: Service of Summons & Complaint in case 2:23-cv-00407-HCN - Klair et al. v. Long et al.

Andrew Deiss <deiss@deisslaw.com>

Tue 8/22/2023 11:11 AM

To:john@keiterlaw.com <john@keiterlaw.com>
Cc:Corey Riley <criley@deisslaw.com>;Joseph Fisher <jfisher@deisslaw.com>;John Robinson <jrobinson@deisslaw.com>

Thanks, John. I appreciate your efforts. Best, Andy

On Tue, Aug 22, 2023 at 10:08 AM <john@keiterlaw.com> wrote:

> Andrew,
>
> I too am frustrated at the length of time it took for Colliers' carrier to respond to our demand for coverage. However, I just received confirmation that Colliers' attorney received the coverage letter. I was trepid about jumping into the fray out of fear that it may compromise that coverage.
>
> Yesterday I received the waiver of service documents your office sent. Attached are the signed copies. We graciously accept the standard response period allotted by these waivers. I do not believe we have yet been appointed a defense attorney, but when we do I will step into the shadows so you can deal directly with that attorney.
>
> Best,
>
> **John E. Keiter | Attorney**
>
> 
>
> 1064 S North County Blvd. | Suite 350 | Pleasant Grove UT 84062
>
> P 385.248.0614 | C 801.633.0559 | F 801.776.1121
>
> The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Andrew Deiss <deiss@deisslaw.com>
**Sent:** Monday, August 21, 2023 10:55 AM
**To:** john@keiterlaw.com
**Cc:** Corey Riley <criley@deisslaw.com>; Joseph Fisher <jfisher@deisslaw.com>; John Robinson <jrobinson@deisslaw.com>
**Subject:** Re: Service of Summons & Complaint in case 2:23-cv-00407-HCN - Klair et al. v. Long et al.

John,

I am a bit confused as to why more time is needed. You folks had a copy of the complaint months ago, albiet it had not been formally served. I would have thought Colliers would have notified their carrier at that time and that the question of coverage would have been resolved by now. I believe you also know that the situation is not static, the lay of the land is changing every day, and your clients continue to take action implicating issues raised by the lawsuit. This makes it difficult for me to grant an extension of the length you request. But, so I know exactly what you are saying, tell me the exact deadline for responding to the Complaint that you want.

Thanks,

Andy

On Tue, Aug 15, 2023 at 5:06 PM <john@keiterlaw.com> wrote:

> Hi Andrew:
>
> Just moving this to the top of your inbox. We are still working with Colliers and its insurance carrier for coverage. We'd appreciate the courtesy extension to allow our insurance claim to receive full review.
>
> Thanks,
>
> **John E. Keiter | Attorney**
>
> 

1064 S North County Blvd. | Suite 350 | Pleasant Grove UT 84062

P 385.248.0614 | C 801.633.0559 | F 801.776.1121

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** john@keiterlaw.com <john@keiterlaw.com>
**Sent:** Monday, August 14, 2023 3:35 PM
**To:** 'Andrew Deiss' <deiss@deisslaw.com>
**Cc:** 'Corey Riley' <criley@deisslaw.com>; 'Joseph Fisher' <jfisher@deisslaw.com>
**Subject:** RE: Service of Summons & Complaint in case 2:23-cv-00407-HCN - Klair et al. v. Long et al.

Mr. Deiss,

I received service of the Summons and Complaint via certified mail today. Pursuant to your earlier email (attached), I am again requesting the 45-day response time that you agreed to. If you are no longer willing to give this window, we will be forced to seek enforcement of your stipulation with the Court. Please advise either way.

Thanks,

**John E. Keiter | Attorney**



1064 S North County Blvd. | Suite 350 | Pleasant Grove UT 84062

P 385.248.0614 | C 801.633.0559 | F 801.776.1121

**From:** John Keiter <john@keiterlaw.com>
**Sent:** Sunday, August 13, 2023 5:08 PM
**To:** Andrew Deiss <deiss@deisslaw.com>
**Cc:** Corey Riley <criley@deisslaw.com>; Joseph Fisher <jfisher@deisslaw.com>
**Subject:** Re: Service of Summons & Complaint in case 2:23-cv-00407-HCN - Klair et al. v. Long et al.

With all due respect Mr. Deiss, we never received a 45 day extension since we had not been served nor asked to waive service until just a few days ago. In any event, please provide the waiver and we will respond pursuant to the time prescribed by Rule 4.

Best,

John

Sent from my iPhone

> On Aug 13, 2023, at 4:48 PM, Andrew Deiss <deiss@deisslaw.com> wrote:
>
> John
>
> At this point, please be advised that I will not afford you another 45 day extension. The summons is the operative document. I look forward to your timely response to to the complaint. To
>
> Be clear, we expect the response within 21 days of its service.
>
> Best
>
> A
>
>> On Sun, Aug 13, 2023 at 10:34 AM John Keiter <john@keiterlaw.com> wrote:
>>
>> Joseph,
>>
>> Yes I can accept service. Mr. Deiss offered a 45 day response deadline. Do you have waivers of service you could send me?
>>
>> Thanks,

John

Sent from my iPhone

> On Aug 10, 2023, at 2:20 PM, Joseph Fisher <jfisher@deisslaw.com> wrote:
>
> Dear Mr. Keiter,
>
> Please find attached the summons for Millcreek Commercial, Kevin Long, and Spencer Taylor in matter 2:23-cv-00407-HCN, along with the filed complaint.  In a previous email to the counsel copied on this email, you previously indicated that you are Millcreek Commercial Properties' general counsel and that you are authorized to accept service on behalf of Kevin Long, Spencer Taylor, and Millcreek Commercial with respect to this matter.  Please let us know immediately if you do not accept service.
>
> Best,
>
> --
>
> **JOSEPH W. FISHER** | Clerk
>
> 10 West 100 South, Suite 700 | Salt Lake City, UT 84101
>
> 801.678.4721 | jfisher@deisslaw.com
>
> <Klair et al v. Long et al Long Summons.pdf>
> <Klair et al v. Long et al Taylor Summons.pdf>
> <Klair et al v. Long et al Millcreek Summons.pdf>

<Klair et al v. Long et al Complaint.pdf>