## RE: Patti Klair, et al. v. Kevin Long, et al., Case No. 2:23-cv-00407-HCN

**Bentley J. Tolk** <btolk@parrbrown.com>

Wed 10/18/2023 9:32 PM

To: Andrew Deiss <deiss@deisslaw.com>
Cc: criley@deisslaw.com <criley@deisslaw.com>; info@deisslaw.com <info@deisslaw.com>; Terry E. Welch <twelch@parrbrown.com>; Rodger M. Burge <rburge@parrbrown.com>

📎 2 attachments (104 KB)
2023.10.18 - Motion to Extend Deadline to Respond to Complaint - 1.docx; 2023.10.18 - Order Granting Motion to Extend Deadline to Respond to Complaint - 1.docx;

Andy,

Attached are copies of the draft stipulated motion and proposed order of extension, which we would like to file tomorrow (Thursday) by about 2:00 p.m. After you have had a chance to review the drafts, please let me know whether we have your permission to finalize and file them with your electronic signature. Thanks.

**Bentley J. Tolk** | Shareholder | **Parr Brown Gee & Loveless** | A Professional Corporation

101 South 200 East, Suite 700| Salt Lake City, Utah  84111

D: 801.257.7947 | T: 801.532.7840 | F: 801.532.7750 | btolk@parrbrown.com | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

---

**From:** Andrew Deiss <deiss@deisslaw.com>
**Sent:** Wednesday, October 18, 2023 2:57 PM
**To:** Bentley J. Tolk <btolk@parrbrown.com>
**Cc:** criley@deisslaw.com; info@deisslaw.com; Terry E. Welch <twelch@parrbrown.com>
**Subject:** Re: Patti Klair, et al. v. Kevin Long, et al., Case No. 2:23-cv-00407-HCN

of course.  the 27th it is.

On Wed, Oct 18, 2023 at 2:22 PM Bentley J. Tolk <btolk@parrbrown.com> wrote:

> Andy,
>
> I have found out that we now also represent Trevor Weber in connection with the above-referenced case. Although I believe we'll need more time (i.e., until at least November 10, 2023) to respond on behalf of each of our clients, will you please for now grant the same extension (as referenced below for our other clients) to Trevor Weber through and including October 27, 2023 to respond to the Complaint in this case?
>
> Thanks.
>
> **Bentley J. Tolk** | Shareholder | **Parr Brown Gee & Loveless** | A Professional Corporation
>
> 101 South 200 East, Suite 700| Salt Lake City, Utah  84111
>
> D: 801.257.7947 | T: 801.532.7840 | F: 801.532.7750 | btolk@parrbrown.com | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

**From:** Bentley J. Tolk <btolk@parrbrown.com>
**Sent:** Tuesday, October 17, 2023 2:01 PM
**To:** Andrew Deiss <deiss@deisslaw.com>
**Cc:** criley@deisslaw.com; info@deisslaw.com; Terry E. Welch <twelch@parrbrown.com>
**Subject:** RE: Patti Klair, et al. v. Kevin Long, et al., Case No. 2:23-cv-00407-HCN

Thanks, Andy. I appreciate the extension, and I appreciate your speedy response.

Since I will be in New York from October 27-29 and under a time crunch in the days just prior to October 27th, would you be willing instead to please grant an extension through October 31st, which is two weeks from today?

**Bentley J. Tolk | Shareholder | Parr Brown Gee & Loveless |** A Professional Corporation
101 South 200 East, Suite 700| Salt Lake City, Utah  84111
D: 801.257.7947 | T: 801.532.7840 | F: 801.532.7750 | btolk@parrbrown.com  | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.

**From:** Andrew Deiss <deiss@deisslaw.com>
**Sent:** Tuesday, October 17, 2023 1:52 PM
**To:** Bentley J. Tolk <btolk@parrbrown.com>
**Cc:** criley@deisslaw.com; info@deisslaw.com; Terry E. Welch <twelch@parrbrown.com>
**Subject:** Re: Patti Klair, et al. v. Kevin Long, et al., Case No. 2:23-cv-00407-HCN

Folks,

I am not able to give you such a lengthy extension.  However, I will extend the deadline to respond to October 27th.  I hope that lessens some of the pressure.

Best,

Andy

> On Tue, Oct 17, 2023 at 1:37 PM Bentley J. Tolk <btolk@parrbrown.com> wrote:
>
>> Andy and Corey,
>>
>> I hope you are both doing well.
>>
>> Terry and I have just been retained to represent Kevin Long, Millcreek Commercial, LLC and Spencer Taylor in connection with the above-referenced case. We have not yet met with those clients about the case, but we will be meeting with them later this afternoon.

At this point, we have not yet received the summons or any service documents, but I expect to obtain those later this afternoon. Will you please grant Kevin Long, Millcreek Commercial, LLC and Spencer Taylor an extension through and including November 10, 2023 to respond to the Complaint in this case?

Thank you, and we look forward to working with you on this matter.

**Bentley J. Tolk** | Shareholder | **Parr Brown Gee & Loveless** | A Professional Corporation

101 South 200 East, Suite 700| Salt Lake City, Utah  84111

D: 801.257.7947 | T: 801.532.7840 | F: 801.532.7750 | btolk@parrbrown.com  | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.