From: **'Gilson, James D.'**
Date: Tue, Oct 17, 2023 at 4:42 PM
Subject: [Keller] RE: FW: Klair et al v. Long et al, D. Utah Case, Case NO. 2:23-cv-00407
To: Andrew Deiss <deiss@deisslaw.com>
Cc: Keller Team <keller-team@deisslaw.com>, Wright, Andrew <andy.wright@dentons.com>

Thanks, Andy.

I too am well, but I keep telling myself that I'm not old.

But, I am older than you    o don't make a liar out of me!

Jim

---

**From:** Andrew Deiss <deiss@deisslaw.com>
**Sent:** Tuesday, October 17, 2023 1:56 PM
**To:** Gilson, James D. <james.gilson@dentons.com>
**Cc:** Keller Team <keller-team@deisslaw.com>; Wright, Andrew <andy.wright@dentons.com>
**Subject:** Re: FW: Klair et al v. Long et al, D. Utah Case, Case NO. 2:23-cv-00407

**[WARNING: EXTERNAL SENDER]**

Hi, Jim -

I am well, but old.  I hope you are neither.

Unfortunately, I am not able to offer you such a lengthy extension, especially after the generous extension we gave you earlier.  Personally, I would.  As a lawyer, I don't think I can.

I will grant an extension, however, until EOD October 27, 2023. Hope that helps.

Very Best,

Andy

On Tue, Oct 17, 2023 at 1:03 PM Gilson, James D. <james.gilson@dentons.com> wrote:

> Hi Andy,
>
> I just left a message with your office. I would very much like to visit with you about this case. The immediate request is for a second (and final) extension until November 10 to file our Answer to the Complaint on behalf of our client, Colliers International. As you know, the Complaint is unusually long (130 pages; 605 numbered paragraphs) and is taking a lot time for us to get informed about this matter from our client, and also to get other counsel involved to represent other defendants. We understand from attorney Ryan Mitchell that you kindly agreed that defendants Bell and McDougal could have an extension until November 10. I ask that we get that same additional time for Colliers. Happy to discuss if you have any concerns with this request—and would otherwise like to discuss this matter with you when you can.
>
> Thanks,
>
> Jim
>
> **DENTONS**
>
> **James D. Gilson**
> Shareholder, General Counsel
>
> What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.
>
> O +1 801 415 3000  |  D +1 801 297 1232  |  US Internal 801232
> james.gilson@dentons.com
> Bio  |  Website
>
> Dentons Durham Jones Pinegar P.C.
> 111 South Main Street, Suite 2400, Salt Lake City, UT 84111
>
> Zaanouni Law Firm & Associates  LuatViet  Fernanda Lopes & Asociados  Guevara & Gutierrez  Paz Horowitz Abogados  Sirote  Adepetun Caxton Martin Agbor & Segun  Davis Brown  East African Law Chamber  For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms
>
> Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.

**From:** Andrew Deiss <deiss@deisslaw.com>
**Sent:** Wednesday, September 6, 2023 11:49 AM
**To:** Gilson, James D. <james.gilson@dentons.com>; Keller Team <keller-team@deisslaw.com>
**Subject:** Re: FW: Klair et al v. Long et al, D. Utah Case, Case NO. 2:23-cv-00407

**[WARNING: EXTERNAL SENDER]**

Of course

On Wed, Sep 6, 2023 at 10:34 AM Gilson, James D. <james.gilson@dentons.com> wrote:

> Hi Andy,
>
> I'm following up on my email below of August 31. Our firm is in the process of being engaged to represent defendants Colliers International, and perhaps defendants Bell, Weber, and McDougal. May we have an extension of time until and including October 20 to file our responsive pleading? If you respond yes, then I will file a stipulation today with your e-signature confirming same. Happy to discuss if you have any concerns with this request.
>
> Thanks,
>
> Jim
>
> 
>
> James D. Gilson
> Shareholder, General Counsel
>
> What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.
>
> O +1 801 415 3000   |   D +1 801 297 1232   |   US Internal 801232
> james.gilson@dentons.com
> Bio   |   Website
>
> Dentons Durham Jones Pinegar P.C.
> 111 South Main Street, Suite 2400, Salt Lake City, UT 84111
>
> Zaanouni Law Firm & Associates > LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African

Law Chambers > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. Dentons records and stores emails sent to us or our affiliates in keeping with our internal policies and procedures. Please see dentons.com for Legal Notices.

**From:** Gilson, James D.
**Sent:** Thursday, August 31, 2023 5:29 PM
**To:** deiss@deisslaw.com
**Subject:** Klair et al v. Long et al, D. Utah Case, Case NO. 2:23-cv-00407

Hi Andy,

I hope you're doing well.  I left you a voice message earlier today.  Our firm is in the process of being retained to represent defendant Colliers International in this matter. Colliers and I need an extension of time to file its responsive pleading to the Complaint.  Are you amenable? Please give me a call.

Thanks,

Jim



James D. Gilson

Shareholder, General Counsel

What's Next? The answer is Talent. With more than 20,000 people, 12,000 lawyers and 200 locations, Dentons has the talent for what you need, where you need it.

O +1 801 415 3000   |   D +1 801 297 1232   |   US Internal 801232
james.gilson@dentons.com

Bio   |   Website

Dentons Durham Jones Pinegar P.C.
111 South Main Street, Suite 2400, Salt Lake City, UT 84111

Zaanouni Law Firm & Associates > LuatViet > Fernanda Lopes & Associados > Guevara & Gutierrez > Paz Horowitz Abogados > Sirote > Adepetun Caxton-Martins Agbor & Segun > Davis Brown > East African Law Chambers > For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Denton i a global legal practice providing client ervice worldwide through it member firm and affiliate Thi email may be confidential and protected by legal privilege If you are not the intended recipient, di clo ure, copying, di tribution and u e are prohibited; plea e notify u immediately and delete thi email from your y tem Denton record and tore email ent to u or our affiliate in keeping with our internal policie and procedure Plea e ee denton com for Legal Notice

--

You received this message because you are subscribed to the Google Groups "Keller Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to keller-team+unsubscribe@deisslaw.com.
To view this discussion on the web visit https://groups.google.com/a/deisslaw.com/d/msgid/keller-team/CH0PR13MB50977CA2CA5584A09FDC06C092D6A%40CH0PR13MB5097.namprd13.prod.outlook.com.

--

**JOSEPH W. FISHER** | Clerk

10 West 100 South, Suite 700 | Salt Lake City, UT 84101

801.678.4721 | jfisher@deisslaw.com

