**Patti Klair, et al. v. Kevin Long, et al.**

Rodger M. Burge <rburge@parrbrown.com>

Mon 10/23/2023 3:03 PM

To:Andrew Deiss <deiss@deisslaw.com>;criley@deisslaw.com <criley@deisslaw.com>
Cc:Bentley J. Tolk <btolk@parrbrown.com>;Terry E. Welch <twelch@parrbrown.com>

Hi Andy:

To follow up on my voicemail message, we appreciate that you agreed to extend the answer due date for Millrock Investment Fund 1, LLC, Kevin Long, Spencer Taylor and Trevor Weber through this Friday, October 27, 2023. However, as Bentley explained in his October 18, 2023 email to you and Corey, we were just retained last week, and we need an extension through at least November 10, 2023 to respond to the Complaint.

We were retained in this case less than a week ago – on October 17, 2023 – and we are now in the process of going through the Complaint in detail and conducting our required investigation of the numerous factual allegations and legal claims. However, since the Complaint is 131 pages long and contains 605 separate paragraphs and 15 causes of action involving complex securities issues, we will not have sufficient time to review and analyze the relevant factual and legal issues in order to respond to the Complaint by this Friday (October 27th).

Having had less than a week to review the voluminous factual and legal issues raised in the Complaint, we believe that as a practical matter we need through November 30, 2023 to adequately respond to the Complaint. That said, we are aware that you have agreed to extensions (which have been granted pursuant to a Court order) to Defendants Andrew Bell and Blake McDougal through and including November 10, 2023. Will you please agree to the same November 10, 2023 extension for Defendants Millrock Investment Fund 1, LLC, Kevin Long, Spencer Taylor and Trevor Weber to respond to the Complaint?

Since you have already agreed to a November 10, 2023 extension for two other Defendants, we believe it would make sense to file a stipulated motion with the Court extending the responsive pleading deadline through November 10th for our clients, as well. Our preference is not to have to take the Court's time by filing a unilateral motion for an extension of time to respond to the Complaint. If you are unwilling to agree to November 10th, however, we will have no choice but to file a motion for an additional extension of time, requesting the time we believe is necessary.

In light of the pressing nature of this request, please let me know by no later than 6:00 p.m. today whether you will agree to the requested November 10th extension.

Thanks,

**Rodger M. Burge** | Attorney | **Parr Brown Gee & Loveless** | A Professional Corporation
101 South 200 East, Suite 700 | Salt Lake City, Utah 84111
D: 801.257.7906 | T: 801.532.7840 | F: 801.532.7750 | rburge@parrbrown.com | www.parrbrown.com

Information in this message (including any attachments) is confidential, may be legally privileged, and is intended solely for the use of the person(s) identified above.  The sender did not intend to waive any privilege by sending this message.  If you are not the intended recipient of this message, please notify the sender by replying to this message and delete the original and any copies of the message.  Any duplication, dissemination or distribution of this message by unintended recipients is prohibited.