Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Kevin Long and Millcreek Commercial, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>  Plaintiffs,<br><br>vs.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031,<br><br>  Defendants. | STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPOTT OF JOINT MOTION TO CONSOLIDATE RELATED CASES<br><br><br>Case No. 2:23-cv-00407-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants and plaintiffs in the above-captioned lawsuit, as well as interested parties making an appearance in this matter Kate Grant, Chris Wilson, and Karmen Kasten LLC, through their respective undersigned counsel, hereby stipulate and move the Court to extend the due date through and including June 4, 2024 for the defendants to file a joint reply in support of the Joint Motion to Consolidate Related Cases (Dkt. 56) (the "Motion to Consolidate") in this matter.

Good cause exists for the requested extension where three (3) separate opposition memoranda have been filed. While the opposition memoranda contain similar arguments, there are some discrete issues raised requiring responses from the joint movants. Additionally, due to counsel schedules and the holiday weekend, additional time is required to fully respond to the arguments raised in the opposition memoranda. The time for filing a reply has not passed, and this is the first extension requested. Moreover, the requested extension is for one week, which will not result in any undue delay in the briefing, and a determination by the Court on, the Motion to Consolidate. Accordingly, the parties request the Court grant the Motion.

A copy of the proposed Order Extending Time to File a Reply in Support of Joint Motion to Consolidate Related Cases is attached as Exhibit "A."

DATED this 28th day of May, 2024.

        PARR BROWN GEE & LOVELESS

        By: /s/ Rodger M. Burge
            Bentley J. Tolk
            Rodger M. Burge
            *Attorneys for Defendants Kevin Long and Millcreek Commercial, LLC*

DEISS LAW PC

By: Andrew G. Deiss
    Andrew G. Deiss (signed with permission)
    Corey D. Riley
    *Attorneys for Plaintiffs in the above-captioned lawsuit*

DENTONS DURHAM JONES & PINEGAR PC

By: James D. Gilson
    James D. Gilson (signed with permission)
    Andrew V. Wright
    David B. Nielson
    *Attorneys for Defendant Colliers International*

PARSONS BEHLE & LATIMER

By: John A. Snow
    John A. Snow (signed with permission)
    *Attorneys for Defendants Scott Rutherford, Elevated 1031 and Equity Summit Group*

MITCHELL BARLOW & MANSFIELD PC

By: J. Ryan Mitchell
    J. Ryan Mitchell (signed with permission)
    Christopher A. Langston
    Mika Hillery
    *Attorneys for Defendants Andrew Bell and Blake McDougal*

RAY QUINNEY & NEBEKER PC

By: Justin T. Toth
    Justin T. Toth (signed with permission)
    Maria E. Windham
    Nathan L. Jepson
    *Attorneys for Defendant Spencer Taylor*

JAMES DODGE RUSSELL & STEPHENS PC


By: Mitchell A. Stephens
    Mitchell A. Stephens (signed with permission)
    Lara Swensen
    Jordan M. Pate
    *Attorneys for Defendant Trevor Weber*

CHRISTIANSEN LAW PLLC


By: Stephen K. Christiansen
    Stephen K. Christiansen
    (signed with permission)
    *Attorneys for Interested Parties Chris Wilson,*
    *Kate Grant, and Karmen Kasten LLC*

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2024 a true and correct copy of the foregoing STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF JOINT MOTION TO CONSOLIDATE RELATED CASES was filed through the Court's CM/ECF system, providing notice to all counsel of record, including counsel for all interested parties making appearances herein.  A copy of the Motion was also sent via electronic mail to counsel for the interested parties on this date.

                                                   /s/ Rodger M. Burge
                                                 Rodger M. Burge