Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Kevin Long and Millcreek Commercial, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031,<br><br>Defendants. | ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF JOINT MOTION TO CONSOLIDATE RELATED CASES<br><br><br><br>Case No. 2:23-cv-00407-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |
|---|---|

Plaintiffs, defendants, and the interested parties making an appearance in this matter in connection with the Joint Motion to Consolidate Related Cases (Dkt. #56) (the "Motion to Consolidate") jointly moved the Court for an order extending the time for defendants to file a reply in support of the Motion to Consolidate, and for good cause shown, the Court hereby grants the stipulated motion and extends defendants' deadline to file a reply in support of the Motion to Consolidate through and including June 4, 2024.

IT IS SO ORDERED.

DATED this _____ day of May, 2024.

_____
Magistrate Judge Cecilia M. Romero

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of May, 2024 a true and correct copy of the foregoing ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF JOINT MOTION TO CONSOLIDATE RELATED CASES was filed through the Court's CM/ECF system, providing notice to all counsel of record, including counsel for all interested parties making appearances herein.  A copy of the proposed order was also sent via electronic mail to counsel for the interested parties on this date.

                                             /s/ Rodger M. Burge
                                             Rodger M. Burge