IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST, <br><br>Plaintiffs, <br><br>vs. <br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031, <br><br>Defendants. | ORDER GRANTING [62] MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF JOINT MOTION TO CONSOLIDATE RELATED CASES <br><br><br>Case No. 2:23-cv-00407-AMA-CMR <br><br>Judge Ann Marie McIff Allen <br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion for Extension of Time (Motion) (ECF 62) for defendants to file a reply in support of the Motion to Consolidate (ECF 56), and for good appearing, the court hereby GRANTS the Motion and ORDERS that the defendants' deadline to file a reply in support of the Motion to Consolidate is extended to June 4, 2024.

DATED this 29 May 2024.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah