# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031,<br><br>    Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF JOINT MOTION TO CONSOLIDATE RELATED CASES**<br><br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having considered Defendants' Motion for Leave to File Overlength Reply (Motion) (ECF 64) in support of Joint Motion to Consolidate Related Cases (ECF 56), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendants are permitted to file a reply in support of their Joint Motion to Consolidate Related Cases with an additional six (6) pages over the usual ten (10)-page limitation provided for under DUCivR 7-1(a)(4)(D).

DATED this 4 June 2024.

                                                                   */s/ Cecilia M. Romero*
                                              Magistrate Judge Cecilia M. Romero
                                              United States District Court for the District of Utah