Terry E. Welch (5819) (twelch@parrbrown.com)
Bentley J. Tolk (6665) (btolk@parrbrown.com)
Rodger M. Burge (8582) (rburge@parrbrown.com)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Defendants Kevin Long and Millcreek Commercial, LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br>    Plaintiffs,<br><br>  vs.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031,<br><br>    Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br><br>**(Hearing Requested)**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 7-3, Defendants Kevin Long ("Long") and Millcreek Commercial, LLC ("Millcreek"), through their counsel of record, hereby respectfully request that Long and Millcreek's Joint Motion to Consolidate Related Cases (Hearing Requested) (the "Motion") be submitted for decision. The Motion and related filings were filed as follows:

- The Motion was filed on April 29, 2024;

- Chris Wilson's Memorandum in Opposition to Defendants' Joint Motion to Consolidate Related Cases (Hearing Requested) was filed on May 13, 2024;

- Kate Grant and Karmann Kasten, LLC's Memorandum in Opposition to Defendants' Joint Motion to Consolidate Related Cases (Hearing Requested) was filed on May 13, 2024;

- Plaintiffs' Opposition to Defendants' Joint Motion to Consolidate (Hearing Requested) was filed on May 13, 2024; and

- Long and Millcreek's Reply in Support of Joint Motion to Consolidate Related Cases (Hearing Requested) was filed on June 4, 2024.

A hearing on the Motion has been requested.

DATED this 13th day of June, 2024.

**PARR BROWN GEE & LOVELESS, P.C.**

/s/ *Bentley J. Tolk*
Terry E. Welch
Rodger M. Burge
Bentley J. Tolk

*Attorneys for Defendants Kevin Long and Millcreek Commercial, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2024, a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION (HEARING REQUESTED)** was filed through the Court's ECF system, providing notice to all counsel of record.

/s/ *Bentley J. Tolk*