John A. Snow, USB 3025
Corey J. Hunter, USB 18964
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com
CHunter@parsonsbehle.com

*Attorneys for Defendants Scott Rutherford,
Equity Summit Group P.C. and Elevated 1031*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| PATTI KLAIR, et al.,<br><br>　　　Plaintiff,<br><br>vs.<br><br>KEVIN LONG, et al.,<br><br>　　　Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil No. 2:23-cv-00407-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecelia M. Romero |
|---|---|

　　　Corey J. Hunter hereby enters his appearance as counsel for Defendants Scott Rutherford, Equity Summit Group P.C. and Elevated 1031, in the above matter. Counsel requests that future notices, filings and correspondence in this matter be addressed to him as follows:

Corey J. Hunter
Parsons Behle & Latimer
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Phone: 801.532.1234 / Fax: 801.536.6111
CHunter@parsonsbehle.com

DATED this 30th day of July, 2024.

           PARSONS BEHLE & LATIMER

           /s/ *Corey J. Hunter*
           John A. Snow
           Corey J. Hunter

           *Attorneys for Defendants Scott Rutherford, Equity Summit Group P.C,. and Elevated 1031*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of July, 2024, he caused the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served via the Court's electronic filing system, which delivered immediate notice of the same to all counsel of record in this case.

           /s/ *Corey J. Hunter*