J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Mika Hillery (18414)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmitchell@mbmlawyers.com
　　　　clangston@mbmlawyers.com
　　　　mhillery@mbmlawyers.com

*Attorneys for Defendants Andrew Bell and Blake McDougal*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KEVIN LONG, et al.,<br><br>　　　　Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**(Mika Hillery)**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

PLEASE TAKE NOTICE that Mika Hillery hereby withdraws as counsel for Defendants Andrew Bell and Blake McDougal in the above-captioned action. Defendants Andrew Bell and Blake McDougal will continue to be represented by their counsel J. Ryan Mitchell and Christopher A. Langston of the law firm Mitchell Barlow & Mansfield, P.C.

DATED this 17th day of September 2024.

        MITCHELL BARLOW & MANSFIELD, P.C.

        <u>/s/ *Mika Hillery*</u>
        J. Ryan Mitchell
        Christopher A. Langston
        Mika Hillery
        *Attorneys for Defendants Andrew Bell and Blake McDougal*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL (Mika Hillery)** to be filed via the Court's electronic filing system, which automatically provides notice of the filing to counsel of record.

/s/ Angie Beckwith