Terry E. Welch (5819) (twelch@parrbrown.com)
Bentley J. Tolk (6665) (btolk@parrbrown.com)
Rodger M. Burge (8582) (rburge@parrbrown.com)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Kevin Long and Millcreek Commercial, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031,<br><br>Defendants. | STIPULATED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES<br><br><br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Fed. R. Civ. P. 16(b)(4) and DUCivR 83-6, defendants Kevin Long, Millcreek Commercial, LLC, Colliers International, Andrew Bell, Trevor Weber, Spencer Taylor, Blake McDougal, Scott Rutherford, Equity Summit Group, and Elevated 1031 (collectively, "Defendants"), along with plaintiffs Patti Klair, Robert Myers, Robert Barnes, Eric Carnrite, Elizabeth Hill-D'Alessandro, Robert Tannehill, Ditas Tannehill, Jose Rementeria, Teena Rementeria, Charles Brauer, Laura Brauer, Karen Marion, Katherine Madera, Carl McQueary, Lynn McQueary, Donald Patterson, Kurtis Trent Manning, Tony Schaker, Patrick White, Hildegard White, Quest Realty Trust, Secure Storage LLC, and the Kurtis Trent Manning Living Trust (collectively, "Plaintiffs") through their respective counsel of record in this matter, hereby stipulate and together respectfully move the Court to extend the deadline in this case to amend pleadings and add parties until sixty-two (62) days from the date below, through and including December 2, 2024.

Good cause exists for the requested extension because the parties have been waiting for the result of Defendants' Joint Motion to Consolidate (filed on April 29, 2024, Dkt. 56) and have not had adequate time since the Court's decision on July 31, 2024 (Dkt. 70) to identify and add additional parties. Had the Motion to Consolidate been granted, the parties would have undertaken different litigation strategies. *See generally Citadel Broad. Co. v. Peak Broad., LLC.*, No. 07-203, 2008 WL 11463664, at * 2 (D. Idaho Jan. 24, 2008) ("The Court is mindful of the practical issues presented by counsel and finds good cause in the reasons set forth above, including the exigencies of out-of-state travel, unforeseen discovery disputes, and the appearance of new counsel.").

Further, discovery in this case is still in the early stages. Only two sets of written discovery requests have been sent out, and no depositions have been taken. No party would be prejudiced by amending this deadline, as every party has stipulated to this motion. Indeed, per the Order Granting Stipulated Motion for Scheduling Order, the deadline for the completion of fact discovery is not until February 27, 2025, and the trial date is not until February 2, 2026. *See* Dkt. 47, Pgs. 6, 17. *See also Freedom Holdings, Inc. v. Phibro Energy U.S.A., Inc.*, No. 93-3303, 1994 WL 637727, at *2 (E.D. La. Nov. 14, 1994) ("[T]he trial date is still over six months away. If the parties are diligent, the Court believes they will be able to complete the discovery necessary to proceed to trial . . . plaintiff's Motion to Extend Deadline to Amend Pleadings is hereby granted."); *Ysleta Del Sur Pueblo v. City of El Paso*, No. 17-cv-00162, 2019 WL 1131421, at *3 (W.D. Tex. March 12, 2019) ("[A]ny prejudice to the Pueblo would be de minimis—even considering that the current dispositive motion deadline and trial setting, which are still several months away.").

For the reasons explained above, this Court should grant this motion.

A copy of the proposed Order Extending Deadline to Amend Pleadings and Add Parties is attached.

DATED this 4th day of October, 2024.

        PARR BROWN GEE & LOVELESS

        By: /s/ Rodger M. Burge
            Terry E. Welch
            Bentley J. Tolk
            Rodger M. Burge
            *Attorneys for Defendants Kevin Long and Millcreek Commercial, LLC*

DENTONS DURHAM JONES & PINEGAR PC

By: /s/ James D. Gilson
    James D. Gilson
    Andrew V. Wright
    David B. Nielson
    *Attorneys for Defendant Colliers International*

MITCHELL BARLOW & MANSFIELD

By: /s/ J. Ryan Mitchell
    J. Ryan Mitchell
    Christopher A. Langston
    *Attorneys for Defendants Andrew Bell and Blake McDougal*

JAMES DODGE RUSSELL & STEPHENS

By: /s/ Mitchell A. Stephens
    Mitchell A. Stephens
    Lara A. Swensen
    Jordan M. Pate
    *Attorneys for Defendant Trevor Weber*

RAY QUINNEY & NEBEKER PC

By: /s/ Justin T. Toth
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson
    *Attorneys for Defendant Spencer Taylor*

PARSONS BEHLE & LATIMER

By: /s/ John A. Snow
    John A. Snow
    Corey J. Hunter
    *Attorneys for Defendants Scott Rutherford, Equity Summit Group, and Elevated 1031*

DEISS LAW PC

By: /s/ Andrew G. Deiss
    Andrew G. Deiss
    Corey D. Riley
    *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2024 a true and correct copy of the foregoing STIPULATED MOTION TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES was filed through the Court's ECF system, providing notice to all counsel of record.

                                            /s/ Rodger M. Burge