J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Colby Tinney (19713)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmitchell@mbmlawyers.com
       clangston@mbmlawyers.com
       ctinney@mbmlawyers.com

*Attorneys for Defendants Andrew Bell and Blake McDougal*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>KEVIN LONG, et al.,<br><br>　　　Defendants. | **NOTICE OF APPEARANCE<br>OF COUNSEL**<br><br>**(Colby Tinney)**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

　　　PLEASE TAKE NOTICE that the undersigned Colby Tinney of the firm Mitchell Barlow & Mansfield, P.C. hereby enters his appearance as counsel for Defendants Andrew Bell and Blake McDougal in the above-captioned lawsuit. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

　　　J. Ryan Mitchell
　　　Christopher A. Langston

Colby Tinney
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Email: rmitchell@mbmlawyers.com
       clangston@mbmlawyers.com
       ctinney@mbmlawyers.com

DATED this 23rd day of October 2024.

                              MITCHELL BARLOW & MANSFIELD, P.C.

                              /s/ Colby Tinney
                              J. Ryan Mitchell
                              Christopher A. Langston
                              Colby Tinney
                              *Attorneys for Defendants Andrew Bell and Blake McDougal*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL (Colby Tinney)** to be filed via the Court's electronic filing system, which automatically provides notice of the filing to counsel of record.

/s/ Colby Tinney