James D. Gilson (5472)
james.gilson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 415-3000

Andrew V. Wright (11071)
andy.wright@dentons.com
David B. Nielson (16531)
david.nielson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
1557 W. Innovation Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600

*Attorneys for Defendant Colliers International*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>Plaintiffs,<br><br>V.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL, LLC; COLLIERS INTERNATIONAL; ANDREW BELL; TREVOR WEBER; SPENCER TAYLOR; | **NOTICE OF CHANGE OF ADDRESS**<br><br>Civil No. 2:23-cv-00407-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

| | |
|---|---|
| BLAKE MCDOUGAL, SCOTT RUTHERFORD; EQUITY SUMMIT GROUP; ELEVATED 1031, <br><br> Defendants. | |

PLEASE TAKE NOTICE that as of November 25, 2024, Andrew V. Wright, David B. Nielson, and the law firm of Dentons Durham Jones Pinegar, P.C. (Lehi office) have changed their address. Please send all future correspondence, pleadings and papers in the above referenced action to the following address:

> Dentons Durham Jones Pinegar, P.C.
> 1557 W. Innovation Way, Suite 400
> Lehi, Utah 84043

DATED: November 20, 2024.

DENTON DURHAM JONES PINEGAR P.C.

*/s/ David B. Nielson*
James D. Gilson
Andrew Wright
David B. Nielson
*Attorneys for Defendant Colliers International*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2024, the foregoing was caused to be served via the Court's electronic filing to the following:

Andrew G. Deiss
Corey D. Riley
Andrew D. Miller
DEISS LAW PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
*Attorneys for Plaintiffs*

John A. Snow
Cory J. Hunter
PARSONS, BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
*Attorneys for Defendants Scott Rutherford,*
*Equity Summit Group and Elevated 1031*

J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Colby Tinney (19713)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
*Attorneys for Defendants Andrew Bell and Blake*
*McDougal*

Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger Burge (8582)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
*Attorneys for Defendants Kevin Long and Millcreek*
*Commercial, LLC*

Justin T. Toth
Maria E. Windham
Nathan L. Jepson
RAY QUINNEY & NEBEKER P.C.
36 South State St., Ste 1400
P.O. Box 45385
Salt Lake City, Utah 84145
*Attorneys for Spencer Taylor*

Mitchell A. Stephens
Lara A. Swensen
Jordan Pate
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Ste 400
Salt Lake City, Utah 84101
*Attorneys for Defendant Trevor Weber*

/s/ Kim Altamirano