Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin Long and Millcreek Commercial, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>      Plaintiffs,<br><br>vs.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031,<br><br>      Defendants. | **STIPULATED MOTION TO EXTEND CERTAIN CASE DEADLINES**<br><br>Case No: 2:23-cv-00407-AMA-CMR<br><br>Honorable Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Fed. R. Civ. P. 16(b)(4) and DUCivR 83-6, defendants Kevin Long, Millcreek Commercial, LLC, Colliers International, Andrew Bell, Trevor Weber, Spencer Taylor, and Blake McDougal[1] (collectively, "Defendants"), along with plaintiffs Patti Klair, Robert Myers, Robert Barnes, Eric Carnrite, Elizabeth Hill-D'Alessandro, Robert Tannehill, Ditas Tannehill, Jose Rementeria, Teena Rementeria, Charles Brauer, Laura Brauer, Karen Marion, Katherine Madera, Carl McQueary, Lynn McQueary, Donald Patterson, Kurtis Trent Manning, Tony Schaker, Patrick White, Hildegard White, Quest Realty Trust, Secure Storage LLC, and the Kurtis Trent Manning Living Trust (collectively, "Plaintiffs"), through their respective counsel of record in this matter, hereby stipulate and together respectfully move the Court to extend the following deadlines in this case as follows:

- Deadlines (for both Plaintiffs and Defendants) to (1) file a motion to amend pleadings; and (1) file a motion to join additional partes: from December 2, 2024 to January 10, 2025;

- Deadline to serve written discovery: from January 27, 2025 to June 27, 2025;

- Deadline for fact discovery to close: from February 27, 2025 to July 28, 2025;

- Expert discovery deadline for filing notice of designation required by DUCivR 26-1(a)(2) – parties bearing the burden of proof: from March 14, 2025 to August 14, 2025;

---

[1] Counsel for Defendants Kevin Long and Millcreek Commercial, LLC has not yet heard back from counsel for Defendants Scott Rutherford, Equity Summit Group, and Elevated 1031 regarding whether Scott Rutherford, Equity Summit Group, and Elevated 1031 join in this Stipulated Motion.

- Expert discovery deadline for filing notice of designation required by DUCivR 26-1(a)(2) – parties not bearing the burden of proof: from March 31, 2025 to August 29, 2025;

- Expert discovery deadline for service of Fed. R. Civ. P. 26(a)(2) disclosures and reports – parties bearing the burden of proof: from May 2, 2025 to October 2, 2025;

- Expert discovery deadline for service of Fed. R. Civ. P. 26(a)(2) disclosures and reports – parties not bearing the burden of proof: from June 3, 2025 to November 3, 2025;

- Expert discovery deadline for service of Fed. R. Civ. P. 26(a)(2) disclosures and reports – rebuttal reports, if any: from June 21, 2025 to November 21, 2025;

- Deadline for expert discovery to close: from July 17, 2025 to December 18, 2025;

- Deadline for filing dispositive or potentially dispositive motions (including a motion to exclude experts when expert testimony is required to resolve the motion): from October 15, 2025 to March 17, 2026; and

- Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motions are filed: from October 22, 2025 to March 24, 2026.

Good cause exists for the requested extensions because the parties need additional time to evaluate potential motions to add parties and amend pleadings; to conduct fact discovery; to conduct expert discovery; and to complete the other work and deadlines referenced above.

A copy of the proposed Order Extending Certain Case Deadlines is attached as Exhibit "A."

DATED this 2nd day of December, 2024.

        **PARR BROWN GEE & LOVELESS**

        By: /s/ *Bentley J. Tolk*
           Terry E. Welch
           Bentley J. Tolk
           Rodger M. Burge

           *Attorneys for Defendants Kevin Long and Millcreek Commercial, LLC*

        **DENTONS DURHAM JONES & PINEGAR PC**

        By: /s/ *Andrew V. Wright*
           James D. Gilson
           Andrew V. Wright
           David B. Nielson

           *Attorneys for Defendant Colliers International*

        **MITCHELL BARLOW & MANSFIELD**

        By: /s/ *J. Ryan Mitchell*
           J. Ryan Mitchell
           Christopher A. Langston
           Colby Tinney

           *Attorneys for Defendants Andrew Bell and Blake McDougal*

**JAMES DODGE RUSSELL & STEPHENS**

By: /s/ *Lara A. Swensen*
    Mitchell A. Stephens
    Lara A. Swensen
    Jordan M. Pate

*Attorneys for Defendant Trevor Weber*

**RAY QUINNEY & NEBEKER PC**

By: /s/ *Justin T. Toth*
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson

*Attorneys for Defendant Spencer Taylor*

**DEISS LAW PC**

By: /s/ *Corey D. Riley*
    Andrew G. Deiss
    Corey D. Riley
    Andrew Dylan Miller

*Attorneys for Plaintiffs*

**JAMES DODGE RUSSELL & STEPHENS**

By: /s/ *Lara A. Swensen*
    Mitchell A. Stephens
    Lara A. Swensen
    Jordan M. Pate

*Attorneys for Defendant Trevor Weber*

**RAY QUINNEY & NEBEKER PC**

By: /s/ *Justin T. Toth*
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson

*Attorneys for Defendant Spencer Taylor*

**DEISS LAW PC**

By: /s/ *Corey D. Riley*
    Andrew G. Deiss
    Corey D. Riley
    Andrew Dylan Miller

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2024, I caused to be served a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND CERTAIN CASE DEADLINES** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk