Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Defendants Kevin Long and Millcreek Commercial, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST, <br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031,<br><br>Defendants. | **ORDER EXTENDING CERTAIN CASE DEADLINES**<br><br>Case No: 2:23-cv-00407-AMA-CMR<br><br>Honorable Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having reviewed the parties' Stipulated Motion to Extend Certain Case Deadlines, and for good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED and that the following deadlines apply in this case:

- Deadlines (for both Plaintiffs and Defendants) to (1) file a motion to amend pleadings; and (1) file a motion to join additional partes: January 10, 2025;

- Deadline to serve written discovery: June 27, 2025;

- Deadline for fact discovery to close: July 28, 2025;

- Expert discovery deadline for filing notice of designation required by DUCivR 26-1(a)(2) – parties bearing the burden of proof: August 14, 2025;

- Expert discovery deadline for filing notice of designation required by DUCivR 26-1(a)(2) – parties not bearing the burden of proof: August 29, 2025;

- Expert discovery deadline for service of Fed. R. Civ. P. 26(a)(2) disclosures and reports – parties bearing the burden of proof: October 2, 2025;

- Expert discovery deadline for service of Fed. R. Civ. P. 26(a)(2) disclosures and reports – parties not bearing the burden of proof: November 3, 2025;

- Expert discovery deadline for service of Fed. R. Civ. P. 26(a)(2) disclosures and reports – rebuttal reports, if any: November 21, 2025;

- Deadline for expert discovery to close: December 18, 2025;

- Deadline for filing dispositive or potentially dispositive motions (including a motion to exclude experts when expert testimony is required to resolve the motion): March 17, 2026; and

- Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motions are filed: March 24, 2026.

DATED this ____ day of December, 2024.

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

**DENTONS DURHAM JONES & PINEGAR PC**

By: /s/ *Andrew W. Wright*
  James D. Gilson
  Andrew W. Wright
  David B. Nielson

  *Attorneys for Defendant Colliers International*
  *Signed by Filing Attorney with Permission

**MITCHELL BARLOW & MANSFIELD**

By: /s/ *J. Ryan Mitchell*
  J. Ryan Mitchell
  Christopher A. Langston
  Colby Tinney

  *Attorneys for Defendants Andrew Bell and Blake McDougal*
  *Signed by Filing Attorney with Permission

**JAMES DODGE RUSSELL & STEPHENS**

By: /s/ *Lara A. Swensen*
    Mitchell A. Stephens
    Lara A. Swensen
    Jordan M. Pate

    *Attorneys for Defendant Trevor Weber*
    *Signed by Filing Attorney with Permission

**RAY QUINNEY & NEBEKER PC**

By: /s/ *Justin T. Toth*
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson

    *Attorneys for Defendant Spencer Taylor*
    *Signed by Filing Attorney with Permission

**DEISS LAW PC**

By: /s/ *Corey D. Riley*
    Andrew G. Deiss
    Corey D. Riley
    Andrew D. Miller

    *Attorneys for Plaintiffs*
    *Signed by Filing Attorney with Permission

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2024, I caused to be served a true and correct copy of the foregoing **ORDER EXTENDING CERTAIN CASE DEADLINES** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk