# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KLAIR, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LONG, et al.,<br><br>          Defendants. | **AMENDED SCHEDULING ORDER**<br><br>Case No: 2:23-cv-00407-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Extend Certain Case Deadlines (Motion) (ECF 78), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the following matters are scheduled:

- Deadlines (for both Plaintiffs and Defendants) to (1) file a motion to amend pleadings; and (1) file a motion to join additional partes: January 10, 2025;

- Deadline to serve written discovery: June 27, 2025;

- Deadline for fact discovery to close: July 28, 2025;

- Expert discovery deadline for filing notice of designation required by DUCivR 26-1(a)(2) – parties bearing the burden of proof: August 14, 2025;

- Expert discovery deadline for filing notice of designation required by DUCivR 26-1(a)(2) – parties not bearing the burden of proof: August 29, 2025;

- Expert discovery deadline for service of Fed. R. Civ. P. 26(a)(2) disclosures and reports – parties bearing the burden of proof: October 2, 2025;

- Expert discovery deadline for service of Fed. R. Civ. P. 26(a)(2) disclosures and reports – parties not bearing the burden of proof: November 3, 2025;

- Expert discovery deadline for service of Fed. R. Civ. P. 26(a)(2) disclosures and reports – rebuttal reports, if any: November 21, 2025;

- Deadline for expert discovery to close: December 18, 2025;

- Deadline for filing dispositive or potentially dispositive motions (including a motion to exclude experts when expert testimony is required to resolve the motion): March 17, 2026; and

- Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if no dispositive motions are filed: March 24, 2026.

- If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

DATED this 3 December 2024.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah