John A. Snow, USB 3125
Corey J. Hunter, USB 18964
PARSONS, BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com
CHunter@parsonsbehle.com

*Attorneys for Scott Rutherford,
Equity Summit Group and Elevated 1031*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PATTI KLAIR, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>KEVIN LONG, et al.,<br><br>          Defendants. | **DEFENDANTS SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, AND ELEVATED 1031'S MOTION TO JOIN THE STIPULATED MOTION TO EXTEND CERTAIN CASE DEADLINES**<br><br>Case No. 2:23-cv-00407 |

Defendants Scott Rutherford, Equity Summit Group, and Elevated 1031 hereby respectfully note their intent to stipulate to and join in the Stipulated Motion to Extend Certain Case Deadlines and its Proposed Order filed December 2, 2024 as ECF 78.

DATED December 4, 2024.

                                                  PARSONS BEHLE & LATIMER

                                                  */s/ John A. Snow*
                                                  John A. Snow
                                                  Corey J. Hunter

                                                  *Attorneys for Scott Rutherford, Equity Summit Group, and Elevated 1031*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, I caused to be served a true and correct copy of the foregoing **DEFENDANTS SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, AND ELEVATED 1031'S MOTION TO JOIN THE STIPULATED MOTION TO EXTEND CERTAIN CASE DEADLINES** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ *John A. Snow*