Terry E. Welch (5819) (twelch@parrbrown.com)
Bentley J. Tolk (6665) (btolk@parrbrown.com)
Rodger M. Burge (8582) (rburge@parrbrown.com)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Kevin Long and Millcreek Commercial, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031,<br><br>Defendants. | ORDER EXTENDING DEADLINE TO AMEND PLEADINGS AND ADD PARTIES<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having reviewed the Stipulated Motion to Extend Deadline to amend pleadings and add parties,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED and that the deadline in this case to file a motion to amend pleadings and to file a motion to add parties (including the option that a party may file more than one of either or both such motions prior to the deadline) is extended from January 10, 2025 to the date which is twenty (20) days from the date of Plaintiffs' initial response to Defendants Kevin Long and Millcreek Commercial Properties, LLC's First Set of Interrogatories and Requests for Production of Documents, which Plaintiffs believe will be on January 27, 2025.

DATED this _____ day of January, 2025.

BY THE COURT:

_____
Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

DENTONS DURHAM JONES & PINEGAR PC

By: /s/ James D. Gilson
    James D. Gilson
    Andrew W. Wright
    David B. Nielson
    *Attorneys for Defendant Colliers International*
*Signed by Filing Attorney with Permission

MITCHELL BARLOW & MANSFIELD

By: /s/ J. Ryan Mitchell
    J. Ryan Mitchell
    Christopher A. Langston
    Mika Hillery
    *Attorneys for Defendants Andrew Bell*
    *and Blake McDougal*
*Signed by Filing Attorney with Permission

JAMES DODGE RUSSELL & STEPHENS


By: /s/ Mitchell A. Stephens
    Mitchell A. Stephens
    Lara A. Swensen
    Jordan M. Pate
    *Attorneys for Defendant Trevor Weber*
*Signed by Filing Attorney with Permission

RAY QUINNEY & NEBEKER PC


By: /s/ Justin T. Toth
    Justin T. Toth
    Maria E. Windham
    Nathan L. Jepson
    *Attorneys for Defendant Spencer Taylor*
*Signed by Filing Attorney with Permission

DEISS LAW PC


By: /s/ Andrew G. Deiss
    Andrew G. Deiss
    Corey D. Riley
    *Attorneys for Plaintiffs*
*Signed by Filing Attorney with Permission

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January, 2025 a true and correct copy of the foregoing ORDER EXTENDING DEADLINE TO AMEND PLEADINGS AND ADD PARTIES was filed through the Court's ECF system, providing notice to all counsel of record.

/s/ Rodger M. Burge