IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KLAIR, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>LONG, et al.,<br><br>        Defendants. | ORDER EXTENDING DEADLINE TO AMEND PLEADINGS AND ADD PARTIES<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the Stipulated Motion to Extend Deadline to amend pleadings and add parties, the court hereby GRANTS the Motion and ORDERS that the deadline in this case to file a motion to amend pleadings and to file a motion to add parties (including the option that a party may file more than one of either or both such motions prior to the deadline) is extended from January 10, 2025 to the date which is twenty (20) days from the date of Plaintiffs' initial response to Defendants Kevin Long and Millcreek Commercial Properties, LLC's First Set of Interrogatories and Requests for Production of Documents.

DATED this 13 January 2025.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah