Mitchell A. Stephens (11775)
Lara A. Swensen (8493)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:  801.363.6363
Email:  mstephens@jdrslaw.com
            lswensen@jdrslaw.com

*Counsel for Defendant Trevor Weber*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| KLAIR, et al, *Plaintiffs*, v. LONG, et al, *Defendants*. | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT TREVOR WEBER**<br><br>Case No. 2:23-cv-00407<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Lara A. Swensen, of the firm James Dodge Russell & Stephens, P.C., hereby gives notice of substitution of counsel in the above-captioned action for Defendant Trevor Weber ("Weber"), and requests that she be copied electronically on all filings and notices in this matter at the following email address: lswensen@jdrslaw.com.

Former counsel Jordan Pate is withdrawing as counsel for Weber, as of the date of this filing. All future pleadings and other papers required to be served upon Weber should be served upon Mitchell A. Stephens and Lara A. Swensen. James Dodge Russell & Stephens, P.C. certifies that this substitution will not interfere with any scheduled hearings, and that it will comply with all schedules and deadlines.

DATED this 21st day of January, 2025.

                JAMES DODGE RUSSELL & STEPHENS, P.C.

                */s/ Lara A. Swensen*
                Mitchell A. Stephens
                Lara A. Swensen

                *Counsel for Defendant Trevor Weber*