Justin T. Toth (8438)
Maria E. Windham (10761)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
jtoth@rqn.com
njepson@rqn.com
mwindham@rqn.com

*Attorneys for Defendant Spencer Taylor*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KLAIR, et al.,<br><br>   Plaintiffs,<br>v.<br><br>LONG, et al.,<br><br>   Defendants. | **STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT SPENCER TAYLOR TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00407-HCN-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Spencer Taylor ("Taylor"), and Plaintiffs, by and through counsel, hereby stipulate and move this Court for a five (5) day extension of time for Taylor to file a response to Plaintiffs' Motion for Leave to File First

Amended Complaint ("Motion"). Specifically, the parties stipulate to extend the deadline for Taylor to respond to the Motion up to and including Monday, February 3, 2025.

Plaintiff does not oppose the requested extension, which extension will not materially alter the progress of this litigation. Hence, good cause exists to support this stipulated motion seeking an order that Taylor be permitted to respond to the Motion up to and including Monday, February 3, 2025.

A proposed order is submitted concurrently herewith.

DATED this 29th day of January 2025.

**RAY QUINNEY & NEBEKER P.C.**

/s/ Maria E. Windham
Justin T. Toth
Maria E. Windham
Nathan L. Jepson

*Attorneys for Defendant Spencer Taylor*

**DEISS LAW**

/s/ Andrew Miller
Andrew Miller
*Signed by permission via email on 1/29/25*
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2025, a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT SPENCER TAYLOR TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** was filed electronically with the Court using the CM/ECF system which sent notification of such filing to counsel of record.

/s/ Brandy Sears

1697174