Justin T. Toth (8438)
Maria E. Windham (10761)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile: (801) 532-7543
jtoth@rqn.com
njepson@rqn.com
mwindham@rqn.com

*Attorneys for Defendant Spencer Taylor*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KLAIR, et al.<br><br>        Plaintiffs,<br>v.<br><br>LONG, et al.,<br><br>        Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXEND DEADLINE FOR DEFENDANT SPENCER TAYLOR TO RESPOND TO PLAINTIFFS' MOTION TO FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00407-HCN-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having reviewed the Parties' Stipulated Motion to Extend Deadline for Defendant Spencer Taylor to Respond to Plaintiffs' Motion for Leave to file First Amended Complaint ("Motion"), and good cause appearing therein, the Court hereby GRANTS the Motion and hereby ORDERS

that Defendant Spencer Taylor shall have up to and including Monday, February 3, 2025 to file

his response to Plaintiffs' Motion for Leave to File First Amended Complaint

       DATED this _____ day of January 2025.

                              BY THE COURT:

                              _____

                              Hon. Ann Marie McIff Allen
                              United States District Judge

1697184