**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KLAIR, et al.<br><br>         Plaintiffs,<br>v.<br><br>LONG, et al.,<br><br>         Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXEND DEADLINE FOR DEFENDANT SPENCER TAYLOR TO RESPOND TO PLAINTIFFS' MOTION TO FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00407-HCN-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Having reviewed the parties' Stipulated Motion to Extend Deadline for Defendant Spencer Taylor to Respond (Motion) (ECF 89) to Plaintiffs' Motion for Leave to file First Amended Complaint (ECF 85), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that Defendant Spencer Taylor shall have up to and including Monday, February 3, 2025 to file his response to Plaintiffs' Motion for Leave to File First Amended Complaint.

DATED this 30 January 2025.

*Cecilia M. Romero*

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah