# EXHIBIT A

1/29/25, 10:58 AM                                       Utah Business Registration

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

MILLCREEK COMMERCIAL PROPERTIES, LLC

**Assumed Name:**

N/A

**Entity Type:**

Domestic Limited Liability Company

**Entity Number:**

11469275-0160

**Entity Subtype:**

Limited Liability Company

**Entity Status:**

Active

**Profession:**

N/A

**Entity Status Details:**

Current

**Status Date:**

09/26/2024

**Formation Date:**

09/26/2019

**Renew By Date:**

09/30/2025

https://businessregistration.utah.gov/EntitySearch/BusinessInformation                    1/3

**Formation Effective Date:**

09/26/2019

**Last Renewed Date:**

08/14/2024

## REGISTERED AGENT INFORMATION

**Name:**

BRENT SMITH

**Registered Agent Type:**

Individual

**Street Address:**

1064 S NORTH COUNTY BLVD, PLEASANT GROVE, UT, 84062, USA

**Last Updated:**

9/13/2024 9:22:44 PM

## PRINCIPAL INFORMATION

| Title | Name | Address | Last Updated |
|---|---|---|---|
| Member | GTR HOLDINGS, LLC | 5047 W Burntside Ave, South Jordan, UT, 84009, USA | 09/19/2024 |
| Manager | KGL REAL ESTATE DEVELOPMENT PLLC | 149 N 980 E, Lindon, UT, 84042, USA | 09/13/2024 |
| Member | SMART COVE, LLC | 10306 S Whetstone Cove, South Jordan, UT, 84009, USA | 09/19/2024 |

Page 1 of 1, records 1 to 3 of 3

## ADDRESS INFORMATION

**Physical Address:**

1064 S NORTH COUNTY BLVD, SUITE 350, PLEASANT GROVE, UT, 84062, USA

1/29/25, 10:58 AM — Utah Business Registration

**Updated Date:**

9/13/2024 8:42:59 PM

**Mailing Address:**

**Updated Date:**

### SERVICE OF PROCESS INFORMATION

**Service of Process Name:**

MILLCREEK COMMERCIAL PROPERTIES, LLC

**Last Updated:**

9/13/2024 8:42:59 PM:

**Service of Process Address:**

1064 S NORTH COUNTY BLVD, SUITE 350, PLEASANT GROVE, UT, 84062, USA

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results