# EXHIBIT B

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**
KGL REAL ESTATE DEVELOPMENT PLLC

**Assumed Name:**
N/A

**Entity Type:**
Domestic Limited Liability Company

**Entity Number:**
9189112-0162

**Entity Subtype:**
Professional Limited Liability Company

**Entity Status:**
Active

**Profession:**
N/A

**Entity Status Details:**
Current

**Status Date:**
12/19/2024

**Formation Date:**
10/14/2014

**Renew By Date:**
10/31/2025

**Formation Effective Date:**

10/14/2014

**Last Renewed Date:**

12/19/2024

### REGISTERED AGENT INFORMATION

**Name:**

KEVIN LONG

**Registered Agent Type:**

Individual

**Street Address:**

149 NORTH 980 EAST, LINDON, UT, 84042, USA

**Last Updated:**

9/13/2024 9:22:44 PM

### PRINCIPAL INFORMATION

| Title  | Name       | Address                                    | Last Updated |
|--------|------------|--------------------------------------------|--------------|
| Member | Kevin Long | 149 North 980 East, Lindon, UT, 84042, USA | 09/13/2024   |

Page 1 of 1, records 1 to 1 of 1

### ADDRESS INFORMATION

**Physical Address:**

149 North 980 East, Lindon, UT, 84042, USA

**Updated Date:**

9/13/2024 8:42:59 PM

**Mailing Address:**

**Updated Date:**

1/29/25, 11:00 AM                                                Utah Business Registration

### SERVICE OF PROCESS INFORMATION

**Service of Process Name:**

KGL REAL ESTATE DEVELOPMENT PLLC

**Last Updated:**

9/13/2024 8:42:59 PM:

**Service of Process Address:**

149 North 980 East, Lindon, UT, 84042, USA

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results