Terry E. Welch (5819)
Bentley J. Tolk (6665)
Rodger M. Burge (8582)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
twelch@parrbrown.com
btolk@parrbrown.com
rburge@parrbrown.com

*Attorneys for Kevin Long and Millcreek Commercial, LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN LONG, MILLCREEK COMMERCIAL, LLC, et al. <br><br> Defendants. | **DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC AND KEVIN LONG'S RULE 7.1 DISCLOSURE STATEMENT** <br><br> Case No. 2:23-0407 <br><br> Judge Ann Marie McIff Allen <br><br> Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Millcreek Commercial Properties, LLC ("Millcreek") and Kevin Long ("Long"), through their undersigned counsel, hereby disclose the following.

Millcreek is an inactive Utah limited liability company that was voluntarily dissolved as of February 1, 2025. Millcreek does not have a parent corporation, and no publicly held corporation

owns 10% or more of its stock or membership interests. Jurisdiction in this case is not based on diversity under 28 U.S.C. § 1332(a).

Long is an individual, not an entity. So no entity information is required for Long under Rule 7.1.

DATED: February 21, 2025

                PARR BROWN GEE & LOVELESS

                By: /s/ *Bentley J. Tolk*
                     Bentley J. Tolk
                     Rodger M. Burge

                *Attorneys for Kevin Long and Millcreek Commercial, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I caused to be served a true and correct copy of the foregoing **DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC AND KEVIN LONG'S CORPORATE DISCLOSURE STATEMENT** via the CM/ECF system, which automatically provided notice to all counsel of record.

By: /s/ *Bentley J. Tolk*