James D. Gilson (5472)
james.gilson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 415-3000

Andrew V. Wright (11071)
andy.wright@dentons.com
David B. Nielson (16531)
david.nielson@dentons.com
**DENTONS DURHAM JONES PINEGAR P.C.**
1557 W. Innovation Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600

*Attorneys for Defendant Colliers International*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>Plaintiffs,<br><br>V.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL, LLC; COLLIERS INTERNATIONAL; ANDREW BELL; TREVOR WEBER; SPENCER TAYLOR; | **DEFENDANT COLLIERS INTERNATIONAL'S RULE 7.1 DISCLOSURE**<br><br><br>Civil No. 2:23-cv-00407-HCN-CMR<br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

1
UC

| BLAKE MCDOUGAL, SCOTT RUTHERFORD; EQUITY SUMMIT GROUP; ELEVATED 1031, Defendants. | |
|---|---|

Pursuant to the Court's order on February 19, 2025, Defendant Colliers International makes this disclosure under Fed. R. Civ. P. 7.1: "Colliers International" was misnamed in plaintiffs' Complaint in this action and does not exist. Colliers International Intermountain, LLC is a Delaware limited liability company whose principal place of business is in Salt Lake County, Utah, and whose majority member is Colliers International Holdings (USA), Inc., a Delaware corporation.

Jurisdiction in this case is not based on diversity under 28 U.S.C. § 1332(a).

DATED:  February 21, 2025.

                                                DENTON DURHAM JONES PINEGAR P.C.

                                                */s/ James D. Gilson*
                                                James D. Gilson
                                                Andrew Wright
                                                David B. Nielson
                                                *Attorneys for Defendant Colliers International*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February 2025, I caused a true and correct copy of the foregoing to be filed via the Court's electronic filing system, which automatically provides notice to counsel of record.

                                                */s/ Kim Altamirano*