Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
Deiss Law P.C.
10 West 100 South, Suite 700
Salt Lake City, UT  84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KLAIR, et, al,<br><br>        Plaintiffs,<br><br>v.<br>LONG, et, al,<br><br><br><br><br>        Defendants. | **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>Judge: Ann Marie McIff Allen<br><br>Magistrate Judge: Cecilia M. Romero |

Pursuant to the Court's order, Dkt. 94, and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs make the following disclosures:

- Plaintiff Secure Self Storage, LLC, is an Oregon Limited Liability Company. Its members are Plaintiffs Teena K. Rementeria and Jose L. Rementeria, both citizens of Oregon.

- Plaintiff Kurtis Trent Manning Living Trust is a California trust. Its members are Kurtis Trent Manning, Jennifer Derner, Ryan Lewis and Alicia Lewis, all citizens of California.

- Plaintiff Quest Realty Trust is a Massachusetts trust. Its members are Charles S. Brauer and Laura J. Brauer, both citizens of Massachusetts.

RESPECTFULLY SUBMITTED this February 24, 2025

                              <u>/s/ Corey D. Riley</u>
                              Andrew G. Deiss
                              Corey Riley
                              Andrew D. Miller
                              *Attorneys for Plaintiffs*