John A. Snow (3125)
PARSONS, BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com

*Attorneys for Scott Rutherford,*
*Equity Summit Group, and Elevated 1031 Exchange*

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF UTAH

| PATTI KLAIR, et al., Plaintiffs, vs. KEVIN LONG, et al., Defendants. | SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, AND ELEVATED 1031'S RULE 7 CORPORATE DISCLOSURE STATEMENT<br><br>Case No. 2:23-cv-00407 |
|---|---|

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Scott Rutherford, Equity Summit Group and Elevated 1031 Exchange hereby disclose the following:

Scott Rutherford is an individual and not an entity, and accordingly no entity information is required under FRCP 7.1.

Equity Summit Group is a Utah corporation, has no parent corporation nor has a publicly held corporation owning more than 10% or more of its stock.

Elevated 1031 Exchange has no parent corporation nor has a publicly held corporation owning more than 10% or more of its stock.

4922-9133-3918.v1

DATED this 24th day of February, 2025.

                    PARSONS BEHLE & LATIMER

                    /s/ John A. Snow
                    John A. Snow
                    *Attorneys for Scott Rutehrford,*
                    *Equity Summit Group and Elevated 1031*

4922-9133-3918.v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of February, 2025, a true and correct copy of the foregoing **Scott Rutherford, Equity Summit Group, and Elevated 1031's Rule 7.1 Disclosure** was filed electronically via the Court's ECF system, which sent notification of the filing to all counsel of record in this matter.

                                                    /s/ John A. Snow

4922-9133-3918.v1