Mitchell A. Stephens (11775)
Lara A. Swensen (8493)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: 801.363.6363
Email: mstephens@jdrslaw.com
         lswensen@jdrslaw.com

*Counsel for Defendant Trevor Weber*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| PATTI KLAIR; ROBERT MYERS; ROBERT BARNES; ERIC CARNRITE; ELIZABETH HILL-D'ALESSANDRO; ROBERT TANNEHILL; DITAS TANNEHILL; JOSE REMENTERIA; TEENA REMENTERIA; CHARLES BRAUER; LAURA BRAUER; KAREN MARION; KATHERINE MADERA; CARL MCQUEARY; LYNN MCQUEARY; DONALD PATTERSON; KURTIS TRENT MANNING; TONY SCHAKER; PATRICK WHITE; HILDEGARD WHITE; QUEST REALTY TRUST; SECURE STORAGE LLC; KURTIS TRENT MANNING LIVING TRUST,<br><br>     *Plaintiffs*,<br><br>v.<br><br>KEVIN LONG; MILLCREEK COMMERCIAL, LLC; COLLIERS INTERNATIONAL; ANDREW BELL; TREVOR WEBER; SPENCER TAYLOR; BLAKE MCDOUGAL; SCOTT RUTHERFORD; EQUITY SUMMIT GROUP; ELEVATED 1030,<br><br>     *Defendants*. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TREVOR WEBER**<br><br>Case No. 2:23-cv-00407<br><br>District Judge Ann Marie McIff Allen.<br><br>Magistrate Judge Cecilia M. Romero |

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's February 20, 2025, Order, Defendant Trevor Weber, by and through his counsel of record, hereby makes the following disclosure.

Weber is an individual, not an entity, and therefore outside the scope of the mandatory corporate disclosures under Rule 7.1.  See Fed. R. Civ. P. 7.1(a)(1) (applicable to a "nongovernmental corporate party or a nongovernmental corporation that seeks to intervene"). Given the Court's request that the parties treat these disclosures as if diversity were at issue, Weber states that he is a citizen domiciled in Utah.

DATED this 24th day of February, 2025

JAMES DODGE RUSSELL & STEPHENS, P.C.

*/s/ Lara A. Swensen*
Lara A. Swensen
Mitchell A. Stephens

*Counsel for Defendant Trevor Weber*