Justin T. Toth (8438)
Maria E. Windham (10761)
Nathan L. Jepson (17141)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jtoth@rqn.com
mwindham@rqn.com
njepson@rqn.com

*Attorneys for Defendant Spencer Taylor*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KLAIR, et al.<br><br>       Plaintiffs,<br>v.<br><br>LONG, et al.,<br><br>       Defendants. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SPENCER TAYLOR**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's February 20, 2025, Order, Defendant Spencer Taylor ("Taylor"), by and through his counsel of record, hereby makes the following disclosure.

Taylor is an individual, not an entity, and therefore outside the scope of the mandatory corporate disclosures under Rule 7.1. See Fed. R. Civ. P. 7.1(a)(1) (applicable to a "nongovernmental corporate party or a nongovernmental corporation that seeks to intervene").

Given the Court's request that the parties treat these disclosures as if diversity were at issue, Taylor states that he is a citizen domiciled in Utah.

DATED this 24th day of February 2025.

                                                  RAY QUINNEY & NEBEKER P.C.

                                                  _/s/Nathan L. Jepson_
                                                  Justin T. Toth
                                                  Maria E. Windham
                                                  Nathan L. Jepson

                                                  *Attorneys for Defendant Spencer Taylor*

1699916