J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Colby Tinney (19713)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmitchell@mbmlawyers.com
       clangston@mbmlawyers.com
       ctinney@mbmlawyers.com

*Attorneys for Defendant Andrew Bell*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KLAIR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LONG, et al.,<br><br>    Defendants. | **DEFENDANT ANDREW BELL'S RULE 7.1 DISCLOSURE**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

Defendant Andrew Bell ("Bell") makes this Rule 7.1 disclosure. Bell is not an entity. He is a citizen of the United States and the State of Utah.

DATED this 24th day of February, 2025.

MITCHELL BARLOW & MANSFIELD, P.C.

*/s/ J. Ryan Mitchell*
J. Ryan Mitchell
Christopher A. Langston
Colby Tinney
*Attorneys for Andrew Bell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2025, I caused a true and correct copy of the foregoing **DEFENDANT ANDREW BELL'S RULE 7.1 DISCLOSURE** to be filed via the Court's electronic CM/EMF system, which automatically provides notice of the filing to all counsel of record.

*/s/ Colby Tinney*