J. Ryan Mitchell (9362)
Christopher A. Langston (18218)
Colby Tinney (19713)
MITCHELL BARLOW & MANSFIELD, P.C.
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email: rmitchell@mbmlawyers.com
　　　　clangston@mbmlawyers.com
　　　　ctinney@mbmlawyers.com

*Attorneys for Defendant Blake McDougal*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KLAIR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LONG, et al., <br><br> Defendants. | **DEFENDANT BLAKE MCDOUGAL'S RULE 7.1 DISCLOSURE** <br><br> Case No. 2:23-cv-00407-AMA-CMR <br><br> District Judge Ann Marie McIff Allen <br> Magistrate Judge Cecilia M. Romero |

Defendant Blake McDougal ("McDougal") makes this Rule 7.1 disclosure. McDougal is not an entity. He is a citizen of the United States and the State of Utah.

DATED this 24th day of February, 2025.

　　　　　　　　　　　　　　　　　　MITCHELL BARLOW & MANSFIELD, P.C.

　　　　　　　　　　　　　　　　　　*/s/ J. Ryan Mitchell*
　　　　　　　　　　　　　　　　　　J. Ryan Mitchell
　　　　　　　　　　　　　　　　　　Christopher A. Langston
　　　　　　　　　　　　　　　　　　Colby Tinney
　　　　　　　　　　　　　　　　　　*Attorneys for Blake McDougal*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2025, I caused a true and correct copy of the foregoing **DEFENDANT BLAKE MCDOUGAL'S RULE 7.1 DISCLOSURE** to be filed via the Court's electronic CM/EMF system, which automatically provides notice of the filing to all counsel of record.

*/s/ Colby Tinney*