Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
Deiss Law P.C.
10 West 100 South, Suite 700
Salt Lake City, UT  84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KLAIR, et, al,<br><br>          Plaintiffs,<br><br>v.<br>LONG, et, al,<br><br><br><br>          Defendants. | **PLAINTIFFS' SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>Judge: Ann Marie McIff Allen<br><br>Magistrate Judge: Cecilia M. Romero |

Pursuant to the Court's orders, Dkt. 94 and 103, and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs supplement their disclosures filed on February 24, 2025, Dkt. 97, as follows:

- Plaintiff Patti Klair is a natural person and citizen of Delaware.

- Plaintiff Robert Myers is a natural person and citizen of Oregon.

- Plaintiff Eric Carnrite is a natural person and citizen of Washington.

- Plaintiff Elizabeth Hill-D'Alessandro is a natural person and citizen of Washington.

- Plaintiff Robert Tannehill is a natural person and citizen of California.

- Plaintiff Ditas Tannehill is a natural person and citizen of California.

- Plaintiff Karen Marion is a natural person and citizen (for purposes of diversity jurisdiction) of the Netherlands.

- Plaintiff Katherine Madera is a natural person and citizen of Montana.

- Plaintiff Carl McQueary is a natural person and citizen of Montana.

- Plaintiff Lynn McQueary is a natural person and citizen of Montana.

- Plaintiff Donald Paterson is a natural person and citizen of New Jersey.

- Plaintiff Tony Schaker is a natural person and citizen of California.

- Plaintiff Patrick White is a natural person and citizen of Pennsylvania.

- Plaintiff Hildegard White is a natural person and citizen of Pennsylvania.

RESPECTFULLY SUBMITTED this February 26, 2025

       /s/ Corey D. Riley
Andrew G. Deiss
Corey Riley
Andrew D. Miller
*Attorneys for Plaintiffs*