John A. Snow (3125)
PARSONS, BEHLE & LATIMER
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
JSnow@parsonsbehle.com

*Attorneys for Scott Rutherford,*
*Equity Summit Group, and Elevated 1031 Exchange*

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PATTI KLAIR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br><br>KEVIN LONG, et al.,<br><br>Defendants. | **SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, AND ELEVATED 1031**<br><br>Case No. 2:23-cv-00407<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Scott Rutherford ("Rutherford"), Equity Summit Group ("ESG") and Elevated 1031 ("Elevated") hereby disclose the following:

Rutherford is an individual and not an entity, and accordingly no entity information is required under FRCP 7.1.

ESG is a Utah corporation, and has two shareholders, Spencer Wison and Cortni Wilson, who are individuals that reside in Utah. ESG has no parent corporation nor does a publicly held corporation own any stock interest in ESG.

4924-5420-6752.v1

Elevated is an unregistered dba of Elevated Capital Advisors ("ECA"), a single member limited liability company registered in Puerto Rico, and Rutherford is the sole member/owner of ECA. Rutherford resided in Utah. ECA has no parent corporation nor does a publicly held corporation own any stock interest in ECA. There is no parent "corporation."

DATED this 27th day of February, 2025.

PARSONS BEHLE & LATIMER

/s/ John A. Snow
John A. Snow
*Attorneys for Scott Rutherford,*
*Equity Summit Group and Elevated 1031*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of February, 2025, a true and correct copy of the foregoing **Supplemental Rule 7.1 Corporate Disclosure Statement for Scott Rutherford, Equity Summit Group, and Elevated 1031** was filed electronically via the Court's ECF system, which sent notification of the filing to all counsel of record in this matter.

                                                  /s/ John A. Snow

4924-5420-6752.v1