# EXHIBIT A

Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
Deiss Law P.C.
10 West 100 South, Suite 700
Salt Lake City, UT  84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| KLAIR, et, al,<br><br>    Plaintiffs,<br><br>v.<br>LONG, et, al,<br><br><br><br>    Defendants. | **DECLARATION OF COREY D. RILEY SUPPORTING MOTION FOR ENTRY OF DEFAULT AGAINST MILLCREEK COMMERCIAL PROPERTIES, LLC**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>Judge: Ann Marie McIff Allen<br><br>Magistrate Judge: Cecilia M. Romero |

I, Corey D. Riley, declare as follows:

1. I am over the age of 18, and if called to testify, could testify truthfully to the matters stated herein.

2. I am an attorney, licensed in the State of Utah, and I represent the Plaintiffs in the above-captioned matter.

3. I make this declaration based upon personal knowledge and on the contents of public records and business records known to me and obtained and/or

1

maintained by Deiss Law, PC in the ordinary course of business, which I believe to be true.

4. Defendant Millcreek Commercial Properties, LLC ("Millcreek"), was named as a defendant in the operative Complaint. Dkt. 1.

5. Through its counsel, Millcreek waived personal service of the Complaint, Dkt. 24, and answered the allegations, Dkt. 46.

6. Millcreek participated in a Rule 26(f) Conference, Dkt. 47, produced initial disclosures, and exchanged written discovery with Plaintiffs.

7. Following the law firm of Parr Brown Gee & Loveless's Motion to Withdraw as Counsel for Millcreek Commercial Properties, LLC, Dkt. 86, the Court ordered that Plaintiffs "may apply for default herewith." Minute Order, Dkt. 108.

8. On information and belief, Millcreek is not an infant, in military service, or an incompetent person.

9. Millcreek was served with process in a manner authorized in Fed. R. Civ. P. 4, and waived personal service on August 22, 2023.

10. Millcreek, through Defendant Kevin Long, terminated its counsel and stated that it does not intend to hire replacement counsel.

11. Therefore, Millcreek has failed to defend in this action.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this March 3, 2025

                    <u>*/s/ Corey D. Riley*</u>
                    Andrew G. Deiss
                    Corey Riley
                    Andrew D. Miller
                    *Attorneys for Plaintiffs*