# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KLAIR, et, al, <br><br>       Plaintiffs, <br><br> v. <br> LONG, et, al, <br><br><br>       Defendants. | **CERTIFICATE OF DEFAULT AGAINST DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC** <br><br> Case No. 2:23-cv-00407-AMA-CMR <br><br> Judge: Ann Marie McIff Allen <br><br> Magistrate Judge: Cecilia M. Romero |

Pursuant to Federal Rule of Civil Procedure 55 and DUCivR 55-1, and for good cause shown in both the Motion for Entry of Default Against Millcreek Commercial Properties, LLC and supporting declaration, the default of Defendant Millcreek Commercial Properties, LLC is hereby entered.

DATED this ___ day of March, 2025

                            BY THE CLERK OF THE COURT

                            _____

1