Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
Deiss Law P.C.
10 West 100 South, Suite 700
Salt Lake City, UT  84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KLAIR, et, al,<br><br>    Plaintiffs,<br><br>v.<br><br>LONG, et, al,<br><br><br><br>    Defendants. | **NOTICE OF DISMISSAL WITHOUT PREDJUDICE**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>Judge: Ann Marie McIff Allen<br><br>Magistrate Judge: Cecilia M. Romero |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Patti Klair, Robert Myers, Robert Barnes, Eric Carnrite, Elizabeth Hill-D'Alessandro, Robert Tannehill, Ditas Tannehill, Jose Rementeria, Teena Rementeria, Charles Brauer, Laura Brauer, Karen Marion, Katherine Madera, Carl McQueary, Lynn McQueary, Donald Patterson, Kurtis Trent Manning, Tony Schaker, Patrick White, Hildegard White, Quest Realty Trust, Secure Self Storage, LLC, Kurtis Trent Manning Living Trust, by and

1

through counsel, hereby give notice of dismissal, without prejudice, of the following defendants:

- Constance L. Greenawalt;
- Eastern 1031 Starker Exchange LLC;
- Eastern 1031 Starker Exchange LLP;
- Investment Property Exchange Services, Inc.;
- Kyle Williams;
- Max Hansen;
- Accruit LLC;
- Rob Rettinhouse;
- Granite Exchange Services LLC;
- Mark Adams; and
- Beutler Exchange Group LLC.

RESPECTFULLY SUBMITTED this March 27, 2025

/s/ Corey D. Riley
Andrew G. Deiss
Corey Riley
Andrew D. Miller
*Attorneys for Plaintiffs*