Bentley J. Tolk (6665) btolk@parrbrown.com
Terry E. Welch (5819) twelch@parrbrown.com
Rodger M. Burge (8582) rburge@parrbrown.com
C. Chase Wilde (17546) cwilde@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Kevin Long*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>        Plaintiffs,<br><br>vs.<br><br>KEVIN LONG, MILLCREEK COMMERCIAL, LLC, COLLIERS INTERNATIONAL, ANDREW BELL, TREVOR WEBER, SPENCER TAYLOR, BLAKE MCDOUGAL, SCOTT RUTHERFORD, EQUITY SUMMIT GROUP, ELEVATED 1031,<br><br>        Defendants. | **STIPULATED MOTION TO EXTEND DEADLINE FOR KEVIN LONG TO ANSWER OR RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Case No: 2:23-cv-00407-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

It is hereby stipulated, agreed, and jointly moved by and between Plaintiffs and Defendant Kevin Long, to extend the deadline to respond to Plaintiffs' First Amended Complaint (Dkt #114) (the "Complaint") until after Plaintiffs' pending motion for leave to file Second Amended Complaint is resolved. (*See* Dkt. #118, the "Motion".) Kevin Long does not plan to oppose the Motion, and it is expected that it will be granted, meaning Plaintiffs the Second Amended Complaint will become the operative complaint in this matter.

Should the Motion be granted, then any answer or response to the First Amended Complaint would be moot. Should the Motion be denied, then the Plaintiffs and Defendant Kevin Long stipulate that Long will answer or otherwise respond to the First Amended Complaint within seven days of the Motion being denied.

Good cause exists for the requested extension for the reasons above, and because both the First and Second Amended Complaint contains hundreds of allegations, and answering the First, only to have to answer the Second after the Motion is granted would be inefficient.

This motion is timely because the April 09, 2025 deadline to answer or otherwise respond to the First Amended Complaint has not expired.

A copy of the proposed Order Extending Deadline for Kevin Long to Answer or Respond to Plaintiffs' First Amended Complaint is attached as Exhibit "A."

DATED this 9th day of April, 2025.

        **PARR BROWN GEE & LOVELESS**

        By: /s/ Bentley J. Tolk
            Terry E. Welch
            C. Chase Wilde
            Rodger M. Burge
            Bentley J. Tolk
        *Attorneys for Defendant Kevin Long*

**DEISS LAW P.C.**

By: /s/ Corey D. Riley
      Corey D. Riley

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2025, I caused to be served a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND DEADLINE FOR KEVIN LONG TO ANSWER OR RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** **v**ia the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk