Case: 2:23cv407

Millcreek Commercial Properties, LLC
1064 S NORTH COUNTY BLVD STE 350
PLEASANT GROVE, UT 84062

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 04 2025

GARY P. SERDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

---

District Court
of Utah

ie Clerk
Courthouse

est Temple
ity, Utah
01

usiness



quadient
FIRST-CLASS MAIL
IMI
$000.97
03/18/2025 ZIP 84101
043M31261400

US POSTAGE

NIXIE        841   FE 1          0003/25/25
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
        BC: 84101198399      *2389-00605-25-20

                  841   AA 1    N  C0003/21/25
            UNABLE TO FORWARD/FOR REVIEW
                                **R022**

        BC: 84062344975  DU *0256-16794-15-42

MIME−Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Message−Id: Subject:Activity in Case 2:23−cv−00407−AMA−CMR Klair et al v. Long et al Clerk's Entry of Default Certificate Content−Type: text/html

*This is an automatic e−mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524−6100.*
***NOTE TO PUBLIC ACCESS USERS*** *Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30−page limit do not apply.*

***NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS*** The court will mail a copy of the NEF and associated document of court−generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under â€œNotice has been delivered by other means to. . . â€œ. The court will not mail NEFs and documents of party−generated filings to any party (including the filing party) even if the â€œNotice has been delivered by other means to. . . â€œ states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.

*US District Court Electronic Case Filing System*

*District of Utah*

**Notice of Electronic Filing**

The following transaction was entered on 3/18/2025 at 9:48 AM MDT and filed on 3/18/2025

| | |
|---|---|
| *Case Name:* | Klair et al v. Long et al |
| *Case Number:* | 2:23−cv−00407−AMA−CMR |
| *Filer:* | Millcreek Commercial Properties, LLC |
| *Document Number:* | 112 |

*Docket Text:*
**Clerk's ENTRY OF DEFAULT CERTIFICATE as to Millcreek Commercial Properties, LLC. A copy of the Notice of Electronic Filing and document mailed to Millcreek Commercial Properties, LLC, 1064 S. North County Blvd., Suite 350 Pleasant Grove, UT 84062. (mh)**

**2:23−cv−00407−AMA−CMR Notice has been electronically mailed to:**

John A. Snow    jsnow@parsonsbehle.com, AutoDocket@parsonsbehle.onmicrosoft.com, docket@parsonsbehle.com, ecf@parsonsbehle.com, kgillespie@parsonsbehle.com

James D. Gilson    james.gilson@dentons.com, astettler@djplaw.com

Terry E. Welch (Terminated)    twelch@parrbrown.com, calendar@parrbrown.com,

1

mmorgan@parrbrown.com

Stephen K. Christiansen    steve@skclawfirm.com, jen@skclawfirm.com, talicia@skclawfirm.com

Bentley J. Tolk (Terminated)    btolk@parrbrown.com, aschaap@parrbrown.com, calendar@parrbrown.com, kmorris@parrbrown.com

Andrew G. Deiss    deiss@deisslaw.com, docketing@deisslaw.com

Rodger Moore Burge (Terminated)    rburge@parrbrown.com, calendar@parrbrown.com, wtuckett@parrbrown.com

Lara A. Swensen    lswensen@jdrslaw.com, administrator@jdrslaw.com

Justin T. Toth    jtoth@rqn.com, bsears@rqn.com, docket@rqn.com, sseder@rqn.com

J. Ryan Mitchell    rmitchell@mbmlawyers.com

Maria E. Windham    mwindham@rqn.com, arollins@rqn.com, docket@rqn.com

Andrew V. Wright    andy.wright@dentons.com, kim.altamirano@dentons.com

Mitchell A. Stephens    mstephens@jdrslaw.com, administrator@jdrslaw.com

David Bradford Nielson    david.nielson@dentons.com, kim.altamirano@dentons.com

Corey Drew Riley    criley@deisslaw.com

Nathan L. Jepson    njepson@rqn.com, docket@rqn.com, nathan-jepson-5029@ecf.pacerpro.com, tgillis@rqn.com

Christopher A. Langston    clangston@mbmlawyers.com, abeckwith@mbmlawyers.com

Christian Chase Wilde    cwilde@parrbrown.com

Corey Hunter    chunter@parsonsbehle.com, ecf@parsonsbehle.com, sproctor@parsonsbehle.com

Andrew Dylan Miller    amiller@deisslaw.com

Colby Tinney    ctinney@mbmlawyers.com

**2:23-cv-00407-AMA-CMR Notice has been delivered by other means to:**

Millcreek Commercial Properties, LLC
1064 S NORTH COUNTY BLVD STE 350
PLEASANT GROVE, UT 84062

The following document(s) are associated with this transaction:

***Document description:***Main Document

2