Andrew G. Deiss (Utah Bar # 7184)
Corey D. Riley (Utah Bar # 16935)
Andrew D. Miller (Utah Bar # 19625)
Deiss Law P.C.
10 West 100 South, Suite 700
Salt Lake City, UT  84101
Telephone: (801) 433-0226
deiss@deisslaw.com
criley@deisslaw.com
amiller@deisslaw.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| KLAIR, et, al,<br><br>    Plaintiffs,<br><br>v.<br>COLLIERS, et, al,<br><br><br>    Defendants. | **ORDER DENYING DEFENDANT TREVOR WEBER'S SHORT FORM DISCOVERY MOTION**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br>Judge: Ann Marie McIff Allen<br>Magistrate Judge: Cecilia M. Romero |

Before the Court is the Short Form Discovery Motion Regarding Plaintiffs' Responses to Discovery Requests from Defendant Trevor Weber ("Motion"), filed May 12, 2025.

For good cause shown by Plaintiffs, Defendant Trevor Weber's Motion is DENIED.

Dated: May ___, 2025

BY THE COURT:

_____
The Honorable Cecilia M. Romero
United States Magistrate Judge

1