IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KLAIR, et al.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>LONG, et al.,<br><br>　　　　　Defendants. | ORDER GRANTING DEFENDANT LONG'S [117] MOTION FOR LEAVE TO FILE AMENDED ANSWER AND THIRD-PARTY COMPLAINT<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Defendant Kevin Long's Motion for Leave to File Amended Answer and Third-Party Complaint (Motion) (ECF 117). No response was filed to the Motion, and the time for doing so has passed. *See* DUCivR 7-1(a)(4)(D)(ii) ("A response to a motion must be filed within 14 days after service of the motion."). The failure to respond is grounds for granting the Motion. *See* DUCivR 7-1(f) ("[F]ailure to respond timely to a motion may result in the court granting the motion without further notice."). Further, the court finds that granting the proposed amendment would be in the interests of justice and would not cause undue delay or prejudice. Accordingly, the court hereby GRANTS the Motion and ORDERS Plaintiff to file the Amended Answer within seven (7) days.

　　　　IT IS SO ORDERED.

　　　　DATED this 18 February 2026.

　　　　　　　　　　　　　　　　　　　　*Cecilia M. Romero*
　　　　　　　　　　　　　　　　　　　　Magistrate Judge Cecilia M. Romero
　　　　　　　　　　　　　　　　　　　　United States District Court for the District of Utah