# EXHIBIT A

## MEMORANDUM OF UNDERSTANDING

**TO:**        LEW CRAMER

**FROM:**     KEVIN G. LONG

**SUBJECT:**  MILLROCK INVESTMENT FUND 1, LLC & MILLCREEK COMMERCIAL PROPERTIES

**DATE:**     SEPTEMBER 18, 2020

**CC:**        BRENT SMITH, J. ADAM LONG

# Basic Concepts

- We (the Smith family and the Long family) have formed a company to invest in quality long term debt free STNL properties (Millrock Investment Fund 1, LLC – "The Fund").

- Based on current fund capital the projected annual transaction volume to be processed through Colliers would be approximately $100 million.

- The fund acquires or develops real estate assets with the intent to market them for resale by syndicating them as real estate investments that fit a market need for appropriate investors in their IRAs and 401Ks as well as for 1031 exchange requirements of varying sizes.

- These high-quality assets are sold as Tenant-in-Common real estate with no debt when more than one investor is acquiring the property.

- The Fund retains The Kevin Long Team (via Colliers) as their exclusive agent for all acquisitions. The Fund documents allow the Kevin Long Team a minimum 2% commission for buyer representation on each acquisition.

- All acquisition commissions are processed through Colliers.

- The Fund lists the TIC resale product with The Kevin Long Team (via Colliers).

- The Fund is contracted with a marketing company (Millcreek Commercial Properties – "MCP") to brand the TIC properties and pays the unique marketing costs associated with this disruptive approach of marketing directly to non-conventional commercial real estate investors.

- Kevin Long in cooperation with J. Adam Long are the sole owners of the LLC that is the managing partner of the Fund (MillRock Investment Fund Management – "Fund Management").

- Both Kevin and Adam hold an equity stake in the Fund.

UC_64
50179.
1

COLLIERS-000144

- The Fund pays Fund Management a fee to manage the assets in the Fund.

- The Fund also pays Fund Management fees for property evaluation outside of commissions run through Colliers. This is recognized as a clear delineation of Colliers exclusion from any liability in relation to the underwriting of properties for acquisition.

- The Fund documents specifically indemnify Colliers as the Broker from any issues arising out of property selection.

- Colliers recognizes that as the Fund Manager, Kevin Long may acquire properties in states where he is not licensed due to there being no licensing requirements related to self-representation. Kevin Long may at his sole discretion decide to partner with a local Colliers office at which time the MCA guidelines would apply.

- The Fund is not owned by or otherwise affiliated with Colliers outside of its relationship as a brokerage client.

- There is a perpetual standard listing agreement in place between the Fund and Colliers covering any properties being marketed for sale by the Fund.

- The standard listing agreement specifies that the Fund pay Colliers in favor of the Kevin Long Team a 4% commission on all sales. The listing agent can offer 3% to cooperating brokers and retain only 1% on certain transactions as they see fit. At the client's discretion they may pay a listing commission larger than 4% in order to provide greater incentive to any agent involved in the transaction.

- The Kevin Long Team is paid on the standard Colliers Pleasant Grove split structure.

- The Fund has a separate agreement with MCP where MCP is compensated for marketing and client services based on the sales volume of the fund. This arrangement is handled entirely outside of the relationship between Colliers and the Fund.

- In cooperation with Colliers, the Kevin Long Team and MCP agree to create, implement and manage a quality new agent training and mentoring program. It is our goal to create a sales team and ongoing training program that supports Collier's goal of developing promising Jr agents to supplement our current teams.

- These Jr agents will sign a one-year contract with the Kevin Long Team at the end of which time period each Jr agent may choose to remain with the Kevin Long Team or move to another brokerage team within Colliers.

- **As part of this training Program MCP and Kevin Long will provide**
  - Product for agents to sell
  - A quality academic training platform
  - Mentoring from Kevin Long
  - Direct agent supervision and daily training
  - Marketing and contacts for the trainees
  - Recruiting of quality candidates

2

UC_64
50179.
1

COLLIERS-000145

- o   A guarantee of agents' draws to Colliers

- o   Other material, incentives, and tools as MCP deems necessary

- **As part of the training program Colliers will provide:**

  - o   A $2,500 per month per new associate commission advance from Colliers but guaranteed by Kevin Long. Colliers will advance the money against future production of each of up to four high quality Jr agent recruits which Colliers management will be closely integrated in the selection and hiring thereof. If at the end of year one for each Jr agent there is not a clear path to making Colliers financially whole, Kevin Long's commissions may be held to cover this expenditure leaving no risk to Colliers. Once a trainee has their draw repaid that draw can be assigned to another recruit. With the total draw outstanding balance not allowed to exceed $100,000.

  - o   Commissions to these individuals will be paid according to the Kevin Long Team split in conjunction with the Colliers Utah Junior Agent program.

  - o   General desk costs.

  - o   Support in the training program, including mentoring from Lew Cramer and Adam Long.

- Kevin Long currently receives an agent assistant allowance in the amount of $2,000 monthly. Said allowance shall increase to $2,500 per month beginning once the Team GCI exceeds $1 million in a calendar year, and shall adjust to covering a fully covered dedicated support team member when the team surpasses and maintains $1.5 million in annual GCI.

- MCP shall be charged office rent for individuals not directly associated with Colliers. The rental schedule for this space is as follows:

  1.   Cubicle - $250 per month

  2.   Interior office - $500 per month

  3.   Exterior office - $1,000 per month

- Rent shall be deducted from the monthly agent assistant allowance.

- At the writing of this memo, one interior office is utilized by the deputy fund manager and the investor relations manager. Therefore, the team is charged for one interior office and receives a net administrative assistant credit of $1,500 monthly.

- Colliers provides ongoing marketing support for listings according to their current policy related to sign expenditures calculated as a percentage of the potential Colliers commission. For avoidance of doubt, this amount shall be calculated based on the minimum 1% commission that Colliers can receive. According to Colliers policy, said marketing expenditures can be allocated to different mediums if usual signage is not required.

- All hard costs associated with the unique direct marketing approach will be born by the client through their marketing agreement with MCP. These include but are not

3

UC_64
50179.
1

COLLIERS-000146

limited to bulk printing costs, web page development and hosting for fund product, travel, hosting client events, and direct advertising costs.

- Colliers is identified as the broker on all brokerage marketing material in accordance with applicable state law and real estate commission requirements.

- Colliers provides standard support for all acquisition activities including the development of due diligence packages.

- The Kevin Long Team will still have access to all general Colliers pooled services such as GIS, graphic design, and general support. However, their utilization will likely be limited due to the support provided by MCP.

4
UC_64
50179.
1

COLLIERS-000147