# AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:**<br>2:23-cv-00407-AMA-CMR | **Court:**<br>United States District Court for the District of Utah | **County:** | **Job:**<br>15824079 |
| **Plaintiff / Petitioner:**<br>Klair, et al. | | **Defendant / Respondent:**<br>Long, et al. | |
| **Received by:**<br>Keisha Griggs | | **For:**<br>Deiss Law PC | |
| **To be served upon:**<br>Jamie Butera | | | |

I, Keisha Griggs , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jamie Butera, Home: 8618 Shortleaf Ct, College Grove, TN 37046

**Manner of Service:** Personal/Individual, May 5, 2026, 12:33 pm CDT

**Documents:** Summons and Complaint – Jamie Butera (Received May 4, 2026 at 12:00am MDT)

**Additional Comments:**
1) Successful Attempt: May 5, 2026, 12:33 pm CDT at Home: 8618 Shortleaf Ct, College Grove, TN 37046 received by Jamie Butera. Age: 50-60; Ethnicity: Caucasian; Hair: Blond;Sex: Female

05/05/2026

Keisha Griggs **Date**

Precision Process Serving LLC
7051 Hwy 70 S Suite 202
Nashville, TN 37221

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Utah

Klair, et al.,
*Plaintiff(s)*

v.

Long, et al.,
*Defendant(s)*

Civil Action No. 2:23-cv-00407-AMA-CMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jamie Butera
8618 SHORTLEAF CT, COLLEGE GROVE, TN 37046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Deiss, Corey Riley
Deiss Law, PC
375 W 200 S, Ste 201
Salt Lake City, UT 84101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 04/21/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00407-AMA-CMR

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print

Save As...

Reset