## UNITED STATES DISTRICT COURT, COUNTY OF UNITED STATES OF AMERICA

| | |
|---|---|
| Plaintiff/Petitioner:  **Klair, et al.** | **PROOF OF SERVICE** |
| vs. | Case No:  **2:23-cv-00407-AMA-CMR** |
| | Court Date/Time:  **00/00/0000 / 12:00 AM** |
| Defendant/Respondent:  **Long, et al.** | Court Room: |

Legal documents received by Statewide Constables and Process Servers on the 4th day of May, 2026 at 1:27 PM to be served on:

**KGL Advisors LLC Registered Agent: Kevin Long**
149 North 980 East
Lindon, UT 84042

I, **Charles Bryant**, am over the age of 18, I am not a party to this action, and I am not an attorney for a party to this action. On the **7th May, 2026 at 01:47 PM**, I did the following:

**Corporate Serve:** By personally handing the legal document(s) with a conformed copy of this **SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT** to **Kevin long**, **REGISTERED AGENT**, at **149 North 980 East, Lindon, UT 84042** at approximately **01:47 PM** on **7th May, 2026**.

Description of Person Accepting Service:
Male, White, Gray hair, Approx. Age: 60 years.

**Supplemental Data Appropriate to this Service:**

• 149 North 980 East , Lindon, UT 84042:
5/7/2026 1:47 PM:

I have not included any non-public information in this document.

I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

X_____
Charles Bryant - Deputy Constable Badge #1702
Statewide Constables and Process Servers
PO Box 845
West Jordan, UT, 84084
801-809-4133

Service Fee:
**$45.00**

**Deiss Law, PC**
**10 West 100 South, Suite 700**
**Salt Lake City, UT 84101**
**(385) 205-6578**
**Atty File#: 2:23-cv-00407-AMA-CMR**
**josmond@deisslaw.com**



308751 308751 308751 308751 308751 308751