# EXHIBIT "A"

Terry E. Welch (5819) twelch@parrbrown.com
Bentley J. Tolk (6665) btolk@parrbrown.com
Rodger M. Burge (8582) rburge@parrbrown.com
C. Chase Wilde (17546) cwilde@parrbrown.com
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Kevin Long*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, ROBERT MYERS, ROBERT BARNES, ERIC CARNRITE, ELIZABETH HILL-D'ALLESSANDRO, ROBERT TANNEHILL, DITAS TANNEHILL, JOSE REMENTERIA, TEENA REMENTERIA, CHARLES BRAUER, LAURA BRAUER, KAREN MARION, KATHERINE MADERA, CARL MCQUEARY, LYNN MCQUEARY, DONALD PATTERSON, KURTIS TRENT MANNING, TONY SCHAKER, PATRICK WHITE, HILDEGARD WHITE, QUEST REALTY TRUST, SECURE STORAGE LLC, KURTIS TRENT MANNING LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>COLLIERS INTERNATIONAL GROUP, INC.; COLLIERS INTERNATIONAL HOLDINGS (USA), INC.; COLLIERS INTERNATIONAL INTERMOUNTAIN, LLC; KEVIN LONG; MILLCREEK COMMERCIAL PROPERTIES, LLC; ANDREW BELL; TREVOR WEBER; SPENCER TAYLOR; BLAKE MCDOUGAL, SCOTT RUTHERFORD; EQUITY SUMMIT GROUP; ELEVATED 1031; MILLROCK | **DECLARATION OF TERRY E. WELCH IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE ON THIRD-PARTY DEFENDANT JOSHUA CONSTANTIN**<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br>Magistrate Judge Cecilia M. Romero |

2

| | |
|---|---|
| INVESTMENT FUND 1, LLC; MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; KGL REAL ESTATE DEVELOPMENT PLLC; SMART COVE, LLC; GTR HOLDINGS, LLC; LONG HOLDINGS, LLC; BRENT SMITH; THOMAS SMITH; LEW CRAMER; MATTHEW HAWKINS; GIL BOROK; DAVID JOSKER; JERALD ADAM LONG; MARY STREET; CAMS REALTY, LLC; MOUNTAIN WEST COMMERCIAL, LLC; STEVE CATON; SARC US, INC.; EMANUEL BUTERA; JAMIE BUTERA; JAMESON, LLC DBA AMERICAN DEVELOPMENT PARTNERS; SCOTT KING; MERIT COMMERCIAL REAL ESTATE, LLC; MARK MACHLIS; LADY MIRA BLUE MACHLIS; HELLO BELLO, LLC; SAMUEL DUKE; KGL ADVISORS, LLC, <br><br> Defendants. | |
| KEVIN LONG, <br><br>      Third-Party Plaintiff, <br> v. <br><br> JOSHUA CONSTANTIN, an individual, JUSTIN SMITH, an individual, EMANUEL BUTERA, an individual, and JAMESON LLC dba AMERICAN DEVELOPMENT PARTNERS, a Tennessee limited liability company, <br><br> Third-Party Defendants. | |

1.      I am over the age of 18, and if called to testify, could testify truthfully to the matters stated herein. I act as counsel for Defendant and Third-Party Plaintiff Kevin Long ("Long") in the above-entitled matter. I make this declaration based upon personal knowledge and on the contents of public records and business records known to me to be obtained and

3

maintained by my law firm in the ordinary course of business, and which I believe to be true.

2.       On May 22, 2026, the law firm of Parr Brown Gee & Loveless ("Parr Brown") hired ICU Investigations and Process Service ("ICU"), a civil process service company, to serve the above-captioned Third-Party Defendants with process as required under Rule 4(m) of the Federal Rules of Civil Procedure.

3.       On May 28, 2026, ICU emailed Long's counsel an "Affidavit of Non-Service," detailing the attempts made to personally serve Third-Party Defendant Joshua Constantin ("Constantin"). A true and correct copy of the Affidavit of Non-Service is attached to Long's Motion for Alternative Service on Third-Party Defendant Joshua Constantin (the "Motion") as Exhibit B.

4.       On May 28, 2026, Parr Brown sent Constantin a mailing containing the Third-Party Complaint, Third-Party Summons, and Plaintiffs' Second Amended Complaint, via USPS Certified Mail, to his address at 238 Solomon Dr, Slidell, LA, 70458. A true and correct copy of the USPS tracking information regarding this mailing is attached to the Motion as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct

DATED: June 24, 2026.

By: /s/ Terry E. Welch
Terry E. Welch

4