# EXHIBIT "B"

## AFFIDAVIT OF NON-SERVICE

| Case: 2:23-cv-00407-AMA-CMR | Court: United States District Court | County: District of Utah, UT | Job: 15974304 |
|---|---|---|---|
| Plaintiff / Petitioner: Klair, et al. | | Defendant / Respondent: Kevin Long | |
| Received by: ICU Investigations, LLC | | For: Parr Brown Gee & Loveless | |
| To be served upon: Joshua Constantin | | | |

I, Fred Conner, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that everything stated in this document is true and correct.

**Recipient Name / Address:**  Joshua Constantin, 238 Solomon Drive, Slidell, LA 70458

**Manner of Service:**  Non-Service

**Documents:**  Summons; Second Amended Complaint; Amended Answer; Third-Party Complaint; Exhibits to Third-Party Complaint

### Additional Comments:

1) Unsuccessful Attempt: May 27, 2026, 12:42 pm MDT at 238 Solomon Drive, Slidell, LA 70458
22MAY @1900: Defendant didn't answer call from gate, so I piggybacked off of another vehicle entering the subdivision. Defendant's property is gated with a code entrance only (no camera or bell).

23MAY @1131: Arrived at gate and piggybacked again. Arrived at property gate, blew horn and hit several keys on entrance pad, no response. No movement on property and same vehicles parked in same location.

23MAY @1653: No answer at gate and no ability to follow other entrants into subdivision.

25MAY @0737: No answer at gate and no ability to follow other entrants into subdivision. Talked with local walking his dog outside of subdivision gate. Stated that Defendant is popular and likely out of town if nobody is on the property because it is usually busy.

25MAY @1426: Defendant responded to request to enter subdivision gate by remotely opening gate. Arrived at the property gate and awaited entrance, no response. I called Defendant and left a voicemail, no response. I texted him, but no response.

26MAY @1040: Arrived at gate and requested access, but no response from Defendant. No vehicles arrived for me to piggyback.


Fred Conner     27 May 2026
                Date

ICU Investigations, LLC
250 N Red Cliffs Drive, Ste 4B-275
St. George, UT 84790
435-986-1200