# EXHIBIT "C"

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 95890710527040452248547

**Copy**        **Schedule a Redelivery**

### Latest Update

This is a reminder to arrange for redelivery of your item before June 16, 2026 or your item will be returned on June 17, 2026. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### ● Delivery Attempt: Action Needed

**Reminder to Schedule Redelivery of your item before June 16, 2026**
June 7, 2026

**Notice Left (No Authorized Recipient Available)**
SLIDELL, LA 70458
June 2, 2026 10:40 AM

**Out for Delivery**
SLIDELL, LA 70458
June 2, 2026 9:47 AM

**No Access to Delivery Location**
SLIDELL, LA 70458
June 1, 2026 11:45 AM

**Out for Delivery**
SLIDELL, LA 70458
June 1, 2026 6:10 AM

**Arrived at Post Office**

SLIDELL, LA 70458
June 1, 2026 5:57 AM

**Departed USPS Facility**

SAINT ROSE, LA 70087
May 31, 2026 3:38 AM

**Arrived at USPS Facility**

SAINT ROSE, LA 70087
May 31, 2026 12:42 AM

**In Transit to Next Facility**

May 30, 2026 6:55 PM

**In Transit to Next Facility**

May 30, 2026 3:39 PM

**Departed USPS Facility**

DALLAS, TX 75211
May 30, 2026 12:36 PM

**Arrived at USPS Facility**

DALLAS, TX 75211
May 30, 2026 3:50 AM

**In Transit to Next Facility**

May 29, 2026 7:12 PM

**In Transit to Next Facility**

May 29, 2026 10:50 AM

**Departed USPS Facility**

SALT LAKE CITY UT DISTRIBUTION CENTER
May 29, 2026 2:31 AM

**Arrived at USPS Facility**

SALT LAKE CITY UT DISTRIBUTION CENTER
May 28, 2026 10:38 PM

**USPS in possession of item**

SALT LAKE CITY, UT 84111
May 28, 2026 1:42 PM

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
|---|---|

| Schedule Redelivery | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

 Confirmation

You requested this information prior to the delivery of your item. When your Proof of Delivery record is complete, it will be provided.

Your confirmation will be sent to the following:

mmorgan@parrbrown.com

| USPS Tracking Plus® | ⌃ |
|---|---|

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until May 28, 2028. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

Note: For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

3 Years
$5.25

5 Years
$6.25

7 Years
$7.30

10 Years
$8.50

☐ I have read, understand, and agree to the **Terms and Conditions.**

Confirm Selection

---

## Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**