Joshua Constantin, Pro Se
238 Solomon Drive, Building B
Slidell, LA 70458
Phone: (212) 380-1144
Email: lcajosh1@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PATTI KLAIR, et al.,<br>  Plaintiffs,<br><br>v.<br><br>KEVIN LONG, et al.,<br>  Defendants.<br><br>KEVIN LONG,<br>  Third-Party Plaintiff,<br><br>v.<br><br>JOSHUA CONSTANTIN and JUSTIN SMITH,<br>  Third-Party Defendants. | EXHIBIT 3<br><br>SUPPLEMENTAL DECLARATION OF JOSHUA CONSTANTIN IN SUPPORT OF REPLY MEMORANDUM<br><br>Case No. 2:23-cv-00407-AMA-CMR<br><br>Judge Ann Marie McIff Allen<br><br>Chief Magistrate Judge Cecilia M. Romero |

I, Joshua Constantin, declare as follows:

1. I am a Third-Party Defendant in this action. I make this Supplemental Declaration from personal knowledge and could testify competently to the facts stated below.

2. I submit this declaration to clarify and correct paragraph 11 of my June 3, 2026 declaration, which was overbroad to the extent it stated that I was not physically present in Utah during the relevant period.

3. I was physically present in Utah for a brief period in mid-December 2022 while on personal travel. I was not in Utah to solicit business, conduct personal business, or establish continuing obligations in Utah.

4. While I was already in Utah for personal reasons, Kevin Long asked me to attend a meeting with persons associated with him and to participate in a video call that he arranged with TIC purchasers.

5. I attended at Long's request. The meeting and video call were not part of any Utah-based business I initiated, and I did not travel to Utah for them.

6. The transactions and alleged representations on which Long claims he relied had occurred before that December 2022 visit, including the August 5, 2022 Loan Agreement.

7. My other in-person dealings concerning the matters described in the Third-Party Complaint occurred outside Utah, including meetings in Pine Bluff, Chicago, Nashville, or Dallas.

8. By submitting this Supplemental Declaration, I do not consent to personal jurisdiction in Utah and do not waive any service, jurisdictional, Rule 12, Rule 14, or other defense.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of July, 2026.


/s/ Joshua Constantin
Joshua Constantin
Third-Party Defendant, Pro Se