! !

!

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| **PATTI KLAIR, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**KEVIN LONG, et al.,**<br><br>Defendants. | **DEFAULT CERTIFICATE MILLROCK INVESTMENT FUND 1 MANAGEMENT, LLC; KGL REAL ESTATE DEVELOPMENT, PLLC; KGL ADVISORS, LLC; MOUNTAIN WEST COMMERCIAL, LLC D/B/A MOUNTAIN WEST COMMERCIAL REALTY, LLC; SMART COVE, LLC; AND SARC USA, INC.**<br><br>Case No.: 2:23-cv-00407-AMA-CMR<br><br>District Judge Anne Marie McIff Allen<br><br>Magistrate Judge Ceclia M. Romero |

Before the Clerk of Court is Plaintiffs' Motion for Entry of Default Certificates.[1] The Second Amended Complaint is the operative pleading.[2] In this action, Millrock Investment Fund 1 Management, LLC; KGL Real Estate Development, PLLC; KGL Advisors, LLC; Mountain West Commercial, LLC d/b/a Mountain West Commercial Realty, LLC; and SARC USA, Inc. were served with a copy of the Second Amended Complaint consistent Fed. R. Civ. P. 4.[3] Additionally, Smart Cove, LLC waived service.[4] These defendants have failed to appear or otherwise respond, and the time for Defendants to respond has now expired.

In turn, the default of Millrock Investment Fund 1 Management, LLC; KGL Real Estate Development, PLLC; KGL Advisors, LLC; Mountain West Commercial, LLC d/b/a

!

[1] Docket No. 365.
[2] Docket No. 158.
[3] Docket Nos. 231-234, 242 .
[4] Docket No. 187. !



!

!                                                                 !

!

Mountain West Commercial Realty, LLC; Smart Cove, LLC; and SARC USA, Inc. is hereby entered under Rule 55(a) of the Federal Rules of Civil Procedure and DUCivR 55-1(a).

DATED this 10th day of November, 2026.

BY: ______________________________



!